UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21826-CIV-SCOLA

FRIDA KAHLO CORPORATION, a Panamanian corporation, and FRIDA KAHLO INVESTMENTS, S.A., a Panamanian corporation,

           Plaintiff,

vs.

MARA CRISTINA ROMEO PINEDO, an individual, and MARA DE ANDA ROMEO, and individual.

           Defendant.

_____/

## PLAINTIFFS' STATUS REPORT REGARDING SERVICE OF PROCESS

Plaintiffs, through their undersigned counsel, provide the following status report. On July 9, 2018, this Court issued its Order Granting Motion for Enlargement of Time to Effectuate Service (ECF No. 13). Pursuant to the Order, this case has been stayed and administratively closed during the pendency of service. Plaintiffs here inform the Court that the petition of service has been received by the legal authorities in Mexico and assigned to the "*Tribunal de Justicia de la Ciudad de Mexico*" for service on the defendants. Once service has been effectuated, Plaintiffs will inform the Court in writing so that the stay may be lifted and the case may be reopened.

Dated: January 9, 2019

                                                Respectfully submitted,

                                                By: s/Roberto M. Suarez/
                                                    William R. Trueba, Jr., Esq.
                                                    Florida Bar No. 117544
                                                    wtrueba@lex188.com

>Roberto M. Suarez, Esq.
>Florida Bar No. 95762
>rsuarez@lex188.com
>**TRUEBA & SUAREZ, PLLC**
>9150 S. Dadeland Blvd., Suite 1008
>Miami, Florida 33156
>Telephone:   (305) 482-1001
>Facsimile:    (786) 516-2826