# Composite Exhibit "A"



# CERTIFICATION OF TRANSLATION

**Project number: S-185622**

**Name of files: Translation from Spanish to English  / Samantha Roque**

**Job performed on: 16-06-2021**

**Translation from language: Spanish**

**Translation into language: English**

**Translation performed by: Roger Barbieri**

**Date of certification: June 16, 2021**

---

Universal Translation Services, a professional translation company, declares that the attached document(s) are stamped and signed by us and translated by qualified and professional translators, fluent in the above mentioned languages. In our best judgement, the translated text truly reflects the content, meaning and translation of the attached documents and / or copies that the client provide us with.

A validation procedure was performed by us, which confirms that the provided language translation is complete and accurate. The document hasn't been translated by a family member, friend or business associate.

By signing this Certification of Translation, Universal Translation Services declares that the translation is a true reflection of the source file(s). We do not guarantee that the original document is a genuine document or that the statements contained in the original document are true.

Universal Translation Services assumes no liability for the way the translation is used by the customer or any third party.

*A.H.J Huisman, Managing Director*
*Universal Translation Services*

Corporate ATA Member number 260038
American Translators Association

- Head Office USA:   Phone: 1-844-wetranslate | Address: 20801 Biscayne Blvd, Suite 403, Aventura, Florida 33180
- Office Spain: Phone: +34-951-406-81 | Address: Calle Buenos Aires 3, 35002, Las Palmas
- Office U.K.:  Phone: +44-20-3807-3275219 | Address: Kensington Street, Kensington W8 6bd, London
- Other US Offices: Commerce – San Francisco – Washington – Chicago – Boston – Las Vegas – Houston – Dallas – Seattle – Philadelphia



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case no: 18-21826-CIV-SCOLA

FRIDA KAHLO CORPORATION, a
Panamanian Corporation, and FRIDA KAHLO
INVESTMENTS, S.A., a Panamanian
incorporated company

    Plaintiffs,

v.

MARA CRISTINA ROMEO PINEDO, an
Individual, and MARA DE ANDA ROMEO,
an individual.

    Defendants.

**AFFIDAVIT OF MARA CRISTINA ROMEO PINEDO**

MEXICO CITY          )

MEXICO                  )

    COMING NOW, MARA CRISTINA ROMEO PINEDO ("Mara Cristina"), who declares under penalty of perjury the following:

1. I am over eighteen (18) years old, strong in mind and body, and I do this affidavit of my own free will. I have personal knowledge of the facts here exposed.

2. I am a citizen of Mexico.

3. I reside and am domiciled in Aguayo 54, Colonia del Carmen, Coyoacán, City of Mexico.

4. I am not a citizen nor resident of the United States of America.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

5. I am not a resident of the State of Florida and I am not domiciled in the State of Florida.

6. I was informed of the case mentioned against me through Rogatory Commissions on April 8, 2021, in Aguayo 54, Colonia del Carmen, Coyoacán, City of Mexico.

7. I have never been, nor do I plan to be, a citizen of the United States, nor do I reside there or in the State of Florida.

8. I am not physically present in the United States.

9. I do not conduct any business in the State of Florida on an individual basis.

10. I do not own a property in the State of Florida.

11. I do not pay taxes in the State of Florida.

12. I do not maintain bank accounts in the State of Florida.

13. I am not personally involved in any significant or ongoing activity at the State of Florida.

14. My mother, Isolda Pinedo Kahlo, was the one who originally signed most of the assignment contracts, the one provided in the original complaint, however, was signed by me.

15. These transfer agreements are due to an agreement signed on January 20, 2005 by my mother, myself and a Mexican corporation called Frikahlo de México, S.A. de C.V., on the one hand, and Casablanca Distributors, C.A. on the other, and in which we are committed to assigning the trademarks through various agreements of transfer of trademarks to Frida Kahlo Corporation, in exchange for jointly exploiting them, and a list of obligations that were assumed by the other party.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

16. However, there is currently an action pending against Frida Kahlo Corporation in Panama to dissolve the corporation due to several essential breaches of that agreement of January 20, 2005. In the next few days it will also interpose a new demand for dissolution in the Panamanian forum for having maintained the company a negative heritage throughout its existence.

17. The assignment agreement that Frida Kahlo Corporation filed with her original complaint should be prosecuted in Mexico City like the other transfer agreements signed with the plaintiff, since the contracts contain a clause of submission to the jurisdiction and competence of the Courts and Tribunals of Mexico City.

18. Pursuant to 28 U.S.C.A. 1746, the information in this affidavit has all the force and effect of an affidavit under penalty of perjury.

*Pursuant to 28 USCA § 1746, the information in this affidavit has all strength and effect of an affidavit under penalty of perjury*

"I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on this 15 day of June 2021."

*[Signature]*
MARA CRISTINA ROMEO PINEDO

Date: 15 of June of 2021

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO SUR DE FLORIDA
DIVISIÓN DE MIAMI

Caso no: 18-21826-CIV-SCOLA

FRIDA KAHLO CORPORATION, una
Corporación panameña, y FRIDA KAHLO
INVESTMENTS, S.A., una sociedad
anónima panameña.

    Demandantes,

v.

MARA CRISTINA ROMEO PINEDO, una
Individua, y MARA DE ANDA ROMEO,
una individua.

    Acusados.

_____/

**DECLARACIÓN JURADA DE MARA CRISTINA ROMEO PINEDO**

CIUDAD DE MÉXICO            )

MÉXICO                              )

    VIENE AHORA, MARA CRISTINA ROMEO PINEDO ("Mara Cristina"), quien declara bajo pena de perjurio lo siguiente:

1. Tengo más de dieciocho (18) años, de mente y cuerpo sólidos, y hago esta declaración jurada por mi propia voluntad. Tengo conocimiento personal de los hechos aquí expuestos.

2. Soy ciudadana de México.

3. Resido y estoy domiciliada en Aguayo 54, Colonia del Carmen, Coyoacán, Ciudad de México.

4. No soy ciudadana ni residente de los Estados Unidos de América.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd. Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

5. No soy residente del Estado de Florida y no estoy domiciliada en el Estado de Florida.

6. Fui informada del caso mencionado en mi contra mediante Comisiones Rogatorias el 8 de abril de 2021, en Aguayo 54, Colonia del Carmen, Coyoacán, Ciudad de México.

7. Nunca he sido, ni planeo ser ciudadana de los Estados Unidos, ni resido allí o en el Estado de Florida.

8. No estoy físicamente presente en los Estados Unidos.

9. No llevo a cabo ningún negocio en el Estado de Florida a título individual.

10. No soy propietaria de una propiedad en el Estado de Florida.

11. No pago impuestos en el Estado de Florida.

12. No mantengo cuentas bancarias en el Estado de Florida.

13. No me involucro personalmente en ninguna actividad significativa o en curso en el Estado de Florida.

14. Mi madre, Isolda Pinedo Kahlo, fue la que originalmente firmó la mayoría de los contratos de cesión, el que se proporciona en la queja original, sin embargo, fue firmado por mi persona.

15. Esos acuerdos de cesión traen causa de un acuerdo firmado el 20 de enero de 2005 por mi madre, yo y una corporación mexicana denominada Frikahlo de México, S.A. de C.V., por una parte, y Casablanca Distributors, C.A. por la otra, y en el que nosotros nos comprometíamos a ceder las marcas a través de diversos acuerdos de cesión de marcas a Frida Kahlo Corporation, a cambio de explotarlas conjuntamente, y un listado de obligaciones que fueron asumidas por la otra parte.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd. Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

16. Sin embargo, actualmente hay una acción pendiente contra Frida Kahlo Corporation en Panamá para disolver la corporación debido a varios incumplimientos esenciales de ese acuerdo del 20 de enero de 2005. En los proximos dias también se interpondrá una nueva demanda de disolución en el foro panameño por haber mantenido la sociedad un patrimonio negativo durante toda su existencia.

17. El acuerdo de cesión que Frida Kahlo Corporation presentó con su queja original debía ser enjuiciado en la Ciudad de México al igual que los otros acuerdos de cesión firmados con el demandante, pues en los contratos figura una cláusula de sumisión a la jurisdicción y competencia de los Juzgados y Tribunales de la Ciudad de México.

18. De conformidad con 28 U.S.C.A. § 1746, la información en esta declaración jurada tiene toda la fuerza y el efecto de una declaración jurada bajo pena de perjurio.

*De conformidad con 28 U.S.C.A § 1746, La información en esta declaración jurada tiene toda la fuerza y el efecto de una declaración jurada bajo pena de perjurio.*

"Declaro bajo pena de perjurio con arreglo a las leyes de los Estados Unidos de América que lo anterior es cierto y correcto. Ejecutado en este 15 día de junio de 2021."

_____
_____
_____

MARA CRISTINA ROMEO PINEDO
Fecha: 15 de Junio de 2021

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 244-938-7267
AHJ Huisman

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case no: 18-21826-CIV-SCOLA

FRIDA KAHLO CORPORATION, a
Panamanian Corporation, and FRIDA KAHLO
INVESTMENTS, S.A., a Panamanian
incorporated company

    Plaintiffs,

v.

MARA CRISTINA ROMEO PINEDO, an
Individual, and MARA DE ANDA ROMEO,
an individual.

    Defendants.

**AFFIDAVIT OF MARA DE ANDA ROMEO**

MEXICO CITY          )

MEXICO                )

    COMING NOW, MARA DE ANDA ROMEO ("Mara de Anda"), who declares under penalty of perjury the following:

1. I am over eighteen (18) years old, strong in mind and body, and I do this affidavit of my own free will. I have personal knowledge of the facts here exposed.

2. I am a citizen of Mexico.

3. I reside and am domiciled in Aguayo 54, Colonia del Carmen, Coyoacán, City of Mexico.

4. I am neither a citizen nor resident of the United States of America.

[Stamp: UNIVERSAL TRANSLATION SERVICES, 20801 Biscayne Blvd, Suite 403, Aventura FL 33180, www.universal-translation-services.com, info@universal-translation-services.com, Phone 844-938-7267, AHJ Huisman] [signature]

5. I am not a resident of the State of Florida and I am not domiciled in the State of Florida.

6. I was informed of the case mentioned against me through Rogatory Commissions on April 8, 2021, in Aguayo 54, Colonia del Carmen, Coyoacán, City of Mexico.

7. I have never been, nor do I plan to be, a citizen of the United States, nor do I reside there or in the State of Florida.

8. I am not physically present in the United States.

9. I do not conduct any business in the State of Florida on an individual basis.

10. I do not own a property in the State of Florida.

11. I do not pay taxes in the State of Florida.

12. I do not maintain bank accounts in the State of Florida.

13. I am not personally involved in any significant or ongoing activity at the State of Florida.

14. Pursuant to 28 U.S.C.A. 1746, the information in this affidavit has all the force and effect of an affidavit under penalty of perjury.

*Pursuant to 28 USCA § 1746, the information in this affidavit has all strength and effect of an affidavit under penalty of perjury*

"I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on this 15 day of June 2021."

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267
AHJ Huisman

*[Signature]*
MARA DE ANDA ROMEO
Date: 15 of June of 2021

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**DISTRITO SUR DE FLORIDA**
**DIVISIÓN DE MIAMI**

Caso no: 18-21826-CIV-SCOLA

FRIDA KAHLO CORPORATION, una
Corporación panameña, y FRIDA KAHLO
INVESTMENTS, S.A., una sociedad
anónima panameña.

    Demandantes,

v.

MARA CRISTINA ROMEO PINEDO, una
Individua, y MARA DE ANDA ROMEO,
una individua.

    Acusados.
_____/

**<u>DECLARACIÓN JURADA DE MARA DE ANDA ROMEO</u>**

CIUDAD DE MÉXICO         )

MÉXICO         )

    VIENE AHORA, MARA DE ANDA ROMEO ("Mara de Anda"), que declara bajo pena de perjurio lo siguiente:

1. Tengo más de dieciocho (18) años, de mente y cuerpo sólidos, y hago esta declaración jurada por mi propia voluntad. Tengo conocimiento personal de los hechos aquí expuestos.

2. Soy ciudadana de México.

3. Resido y estoy domiciliada en Aguayo 54, Colonia del Carmen, Coyoacán, Ciudad de México.

4. No soy ciudadana ni residente de los Estados Unidos de América.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

5. No soy residente del Estado de Florida y no estoy domiciliada en el Estado de Florida.

6. Fui informada del caso mencionado en mi contra mediante Comisiones Rogatorias el 8 de abril de 2021, en Aguayo 54, Colonia del Carmen, Coyoacán, Ciudad de México.

7. Nunca he sido, ni planeo ser ciudadana de los Estados Unidos, ni resido allí o en el Estado de Florida.

8. No estoy físicamente presente en los Estados Unidos.

9. No llevo a cabo ningún negocio en el estado de Florida a título individual.

10. No soy propietaria de una propiedad en el Estado de Florida.

11. No pago impuestos en el Estado de Florida.

12. No mantengo cuentas bancarias en el Estado de Florida.

13. No me involucro en ninguna actividad significativa o en curso en el Estado de Florida.

14. De conformidad con 28 U.S.C.A. § 1746, la información en esta declaración jurada tiene toda la fuerza y el efecto de una declaración jurada bajo pena de perjurio.

*[Handwritten:] De conformidad con 28 U.S.C.A § 1746, la información en esta declaración jurada tiene toda la fuerza y el efecto de una declaración jurada bajo pena de perjurio.*

"Declaro bajo pena de perjurio con arreglo a las leyes de los Estados Unidos de América que lo anterior es cierto y correcto. Ejecutado en este _15_ día de junio de 2021."

MARA DE ANDA ROMEO
Fecha: 15/Junio/2021

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 244-939-7267
AHJ Huisman