# Composite Exhibit "B"



**UNIVERSAL**

**TRANSLATION SERVICES**

## CERTIFICATION OF TRANSLATION

**Project number: S-184830**

**Name of files: Mara Romeo Pineda Contract Translation / Samantha Roque**

**Job performed on: 08-06-2021**

**Translation from language: Spanish**

**Translation into language: English**

**Translation performed by: Cristina Ureña Bueno**

**Date of certification: June 8, 2021**

---

Universal Translation Services, a professional translation company, declares that the attached document(s) are stamped and signed by us and translated by qualified and professional translators, fluent in the above mentioned languages. In our best judgement, the translated text truly reflects the content, meaning and translation of the attached documents and / or copies that the client provide us with.

A validation procedure was performed by us, which confirms that the provided language translation is complete and accurate. The document hasn't been translated by a family member, friend or business associate.

By signing this Certification of Translation, Universal Translation Services declares that the translation is a true reflection of the source file(s). We do not guarantee that the original document is a genuine document or that the statements contained in the original document are true.

Universal Translation Services assumes no liability for the way the translation is used by the customer or any third party.

*A.H.J Huisman, Managing Director*
*Universal Translation Services*

Corporate ATA Member number 260038

**ata**
American Translators Association

• **Head Office USA:** Phone: 1-844-wetranslate | Address: 20801 Biscayne Blvd, Suite 403, Aventura, Florida 33180
• **Office Spain:** Phone: +34-951-406-81 | Address: Calle Buenos Aires 3, 35002, Las Palmas
• **Office U.K.:** Phone: +44-20-3807-3275219 | Address: Kensington Street, Kensington W8 6bd, London
• **Other US Offices:** Commerce – San Francisco – Washington – Chicago – Boston – Las Vegas – Houston – Dallas – Seattle – Philadelphia



TRADEMARKS ASSIGNMENT AGREEMENT CELEBRATED BETWEEN ISOLDA PINEDO KAHLO (HEREINAFTER REFERRED TO AS THE **ASSIGNOR**) AND FRIDA KAHLO CORPORATION, (A CORPORATION IN PANAMA) REPRESENTED IN THIS ACT BY MR. CARLOS DORADO (HEREINAFTER REFERRED TO AS THE **ASSIGNEE**) IN ACCORDANCE WITH THE FOLLOWING STATEMENTS AND CLAUSES.

*[Stamp]:*
STATE OF QUERETARO
*[Illegible]*
QUERETARO

*[Signature]*

### STATEMENTS

I.- The **ASSIGNOR** states on her own behalf:

a) That, before the Mexican Institute of Industrial Property, she has registered in her favor the following trademarks:

| | |
|---|---|
| 1) Registration No.: | 786583 |
| Trademark: | FRIDA KAHLO |
| Type: | 09 |
| Products: | Scientific, nautical, geodesic, electric, photographic, cinematographic, optical, to weigh, to measure, signposting, control (inspection), assistance, (rescue) devices and instruments; and to teach, devices to record, transmit and reproduce sounds and images, record magnetic support systems, acoustic discs, automatic distributors and mechanisms for devices for advanced payment, cash registers, calculator machines, equipment for the information processing and computers, extinguishers, in particular, glasses and eyeglasses, sun glasses and eyeglasses, movies. |
| Legal date: | July 02, 2002 |
| Cession date: | April 11, 2003. |

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

*[Stamp]*:

# NO TEXT

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

2) Registration No.: 785991

   Trademark: FRIDA KAHLO

   Type: 14

   Products: Precious metals and their alloys and articles made of these materials or plated not included in other type, jewelry, costume jewelry and precious gems, clocks and watches and chronometer instruments.

   Legal date: July 02, 2002.

   Cession date: March 31, 2003.

3) Registration No.: 785992

   Trademark: FRIDA KAHLO

   Type: 3

   Products: Preparations to whiten and other substances for laundry, preparations to clean, polish, degrease and scrape, soaps, perfume industry, essential oils, cosmetics, lotions for the hair, toothpastes.

   Legal date: July 02, 2002

   Cession date: March 31, 2003

4) Registration No.: 785993

   Trademark: FRIDA KAHLO

   Type: 25

   Products: dresses, shoes, hats.

   Legal date: July 02, 2002

   Cession date: March 31, 2003

5) Registration No.: 785994

   Trademark: FRIDA KAHLO

   Type: 16

   Products: paper, cardboard and products made by these materials, not included in other type of produces, printing products, binding products, photography, stationery, adhesives (glues) for stationery or the house, materials for artists, paint brush, typewriter and office items (except for furniture), training or teaching materials (except for devices) fine materials for packaging

*[Stamp]:*
STATE OF QUERETARO
*[Illegible]*
QUERETARO

*[Signature]*

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

*[Stamp]*:

# NO TEXT

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

|  |  |
|---|---|
|  | (not included in other types), playing cards, printing characters and plates. |
| Legal date: | July 02, 2002 |
| Cession date: | March 31, 2003 |

| 6) Registration No.: | 826912 |
|---|---|
| Trademark: | FRIDA KAHLO |
| Type: | 33 |
| Products: | Alcoholic drinks (except for beers) |
| Legal date: | February 18, 2003 |
| Cession date: | March 29, 2004 |

B) That she is the exclusive and only holder of the following trademark requests, currently being processed to be registered before the offices of the Mexican Institute of Industrial Property:

| 1) Registration application | 673236 |
|---|---|
| Trademark: | FRIDA KAHLO |
| Type: | 43 |
| Products: | Services to provide food and drinks, temporary lodging, in particular, services of restaurant and bar |
| Legal date: | July 23, 2004 |

| 2) Registration application No.: | 687366 |
|---|---|
| Trademark: | FRIDA KAHLO |
| Type: | 18 |
| Products: | Leather and leather imitations and products made with these materials, not included in other types, animal's skin, trunks and suitcases, umbrellas, beach umbrella and canes, coats, harnesses and leather goods. |
| Legal date: | November 11, 2004. |

| 3) Request No.: | 687367 |
|---|---|
| Trademark: | FRIDA KAHLO |
| Type: | 34 |
| Products: | Tobacco, articles for smokers, matches, tobacco alternatives (which are not for medical use) |

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

*[Stamp]:*
STATE OF QUERETARO
*[Illegible]*
QUERETARO

*[Signature]*

Legal date:                    November 11, 2004

c) That she is the exclusive and only holder of the following trademark requests **currently being processed to be registered before the United States Patent and Trademark Office:**

|  |  |
|---|---|
| 1) Multi-type request series:<br>Trademark:<br>Type Products | 76/456293<br><br>FRIDA KAHLO<br>9<br> Glasses, mica for glasses, glass glasses, glasses case, sunglasses. |
| Legal date: | October 02, 2002. |
| 2) Multi-type request series:<br>Trademark:<br>Type Products | 76/456294<br> FRIDA KAHLO 16<br> Fiction and non-fiction books, books with subjects of History, Biography, Arts and Politics, and printed material, mainly, photography, artistic reproductions, artistic printings, artistic paintings, easels, engraves, paper for art works, cushion for painting (palettes), sketch notebook, printed invitations, printings used as models (empty molds), art stamps (artistic), printed illustrations, notebooks. |
| Legal date: | October 02, 2002 |
| 3) Multi-type application series:<br>Trademark:<br>Type<br> Products | 76/456295<br> FRIDA KAHLO<br>25<br> Women's clothes, mainly, shirts, blouses, skirts, suits, coats (jackets), fancy trousers, shorts, vests, sweaters, trousers, dresses, sport suits, overcoats, scarfs, shawls, T-shirts, T-shirts *[sic]*, socks, pajamas, sport socks, underwear, brassiere, corset, swimming suits, neckties and bow ties for men, |

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

[Stamp]:
STATE OF QUERETARO
*[Illegible]*
QUERETARO

[Signature]

|  | belts for men and women, hats for women, shoes for men. |
|---|---|
| Legal date: | October 02, 2002 |

|  |  |
|---|---|
| 4) Multi-type request series: | 76/456296 |
| Trademark: | FRIDA KAHLO |
| Type | 3 |
| Products | Perfumes, soaps and cosmetics. |
| Legal date: | October 02, 2002 |

d) That she is the exclusive and only holder of the trademark requests number 1154940 currently being processed to be registered before the Intellectual Property Office in Canada, in types 3, 9,14,16 and 25, presented on October 07, 2002, and 1237066 type 18, presented on November 12, 2004.

d) That as the exclusive and only holder of the registrations 786583 FRIDA KAHLO, 785991 FRIDA KAHLO, 785992 FRIDA KAHLO, 785993 FRIDA KAHLO, 785994 FRIDA KAHLO, 826912 FRIDA KAHLO and the trademark requests 673236, 687366, 687367, FRIDA KAHLO, all of them presented before the Mexican Institute of Industrial Property, as well as the requests: 76/456293, 76/456294, 76/456295 and 76/456296, FRIDA KAHLO, presented before the United States Patent and Trademark Office and the requests 1154940 and 1237066 presented before the Intellectual Property Office in Canada, referred to in the prior sections, she has the intention to transfer the ASSIGNEE all the rights inherent to them.

e) That the above-mentioned registrations and trademark applications are in force and are legally enforceable, and that no third party has impugned their validity for paramount rights.

II- The **ASSIGNEE** states through its representative:

a) That it is her intention to acquire from the **ASSIGNOR** the registrations 786583 FRIDA KAHLO, 785991 FRIDA KAHLO, 785992 FRIDA KAHLO, 785993 FRIDA KAHLO, 785994 FRIDA KAHLO, 826912 FRIDA KAHLO and the trademark requests 673236, 687366, 687367, FRIDA KAHLO, all of them presented before the Mexican Institute of Industrial Property, which registration granting is being processed, as well as those of the requests: 76/456293, 76/456294, 76/456295 and 76/456296, FRIDA KAHLO, presented before the United States Patent and Trademark Office, and therequests

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

*[Stamp]*:

# NO TEXT

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

1154940 and 1237066 presented before the Intellectual Property Office in Canada.

[Stamp]:
STATE OF QUERETARO
[Illegible]
QUERETARO

[Signature]

b)  That she accepts all the rights and obligations attached to the registrations and trademark requests above-mentioned, subject matter of this agreement.

III. Both parties state that, with the purpose of executing this agreement, they have decided to commit themselves in accordance with the following clauses:

CLAUSES

FIRST.- The **ASSIGNOR** transfers the **ASSIGNEE** all the rights inherent to the trademark registrations 786583 FRIDA KAHLO, 785991 FRIDA KAHLO, 785992 FRIDA KAHLO, 785993 FRIDA KAHLO, 785994 FRIDA KAHLO, 826912 FRIDA KAHLO and the trademark requests 673236, 687366, 687367, FRIDA KAHLO, all of them presented before the Mexican Institute of Industrial Property, as well as those of the requests: 76/456293, 76/456294, 76/456295 and 76/456296, FRIDA KAHLO, presented before the United States Patent and Trademark Office, and the applications 1154940 and 1237066 presented before the Intellectual Property Office in Canada, without any limitation.

SECOND.- The **ASSIGNOR** is committed to provide the **ASSIGNEE** all the documents and means needed to execute and consummate the transfer subject matter of this agreement.

THIRD.- The **ASSIGNOR** is committed to not impugn the validity of the trademark registrations subject matter of this agreement once it is executed.

FOURTH.- The **ASSIGNEE** on her part, is committed to provide the **ASSIGNOR** as payment for the transfer the amount of 25,000.00 dls (US) (twenty-five thousand American dollars) when signing the contract, therefore, the **ASSIGNOR** receives the fullest amount as appropriate by law.

FIFTH.- The contracting parties state that the price agreed is fair and legitimate, and that any of them suffers error or loss, nor is enriched in detriment of the other.

SIXTH.- All the notifications that the parties shall made, should be made to the following addresses:

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

*[Stamp]*:

# NO TEXT

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

Mrs. Isolda Pinedo Kahlo:
Nicolas San Juan No. 506 Colonia
Del Valle, CP 03100
Mexico D.F.

*[Stamp]:*
STATE OF QUERETARO
*[Illegible]*
QUERETARO

FRIDA KAHLO CORPORATION
Calle Aquilino de la Guardia No. 8
Edificio IGRA, Panama, Panama

*[Signature]*

SEVENTH. For anything regarding the interpretation and fulfillment of this agreement, the parties agree to submit to the jurisdiction and competence of the Court of the City of Mexico, Federal District, and renounce to any other regional code of laws or jurisdiction that may correspond due to their address or any other reason that could correspond to them.

THIS AGREEMENT WAS READ, AND THERE NOT BEING ANY DECEIT, ERROR OR CONFUSION, THE PARTIES RATIFY IT IN TRIPLICATE ON JANUARY 14, 2005, IN THE CITY OF QUERETARO, QRO.


_____*[Signature]*_____
MRS. ISOLDA PINEDO KAHLO.

_____*[Signature]*_____
FRIDA KAHLO CORPORATION
(A corporation in Panama)

_____*[Signature]*_____
WITNESS

_____*[Signature]*_____
WITNESS

_____*[Signature]*_____
WITNESS

_____*[Signature]*_____
WITNESS

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

In the city of Santiago de Queretaro, Queretaro de Arteaga, on the January 13th thirteenth, 2005 two thousand and five, **BEFORE ME, ATTORNEY GERARDO SANCHEZ VALLEJO, Notary acting in the Public Notary's Office Number 26 TWENTY-SIX of this Notary District**, of which the Incumbent Notary is Mr. Attorney Francisco Guerra Malo, **APPEARS: Mrs. ISOLDA PINEDO KAHLO,** to whom, pursuant to Article 34 thirty-four, second paragraph of the Notary Law in force in the State of Queretaro, I informed about the sentence provided by Article 277 two hundred and seventy-seven of the Criminal Code in force in the State, applicable to those who lie in statements made before a Notary Public, therefore, her knowing that, formally states that she shall tell the truth in the statements made in this act; **who appears to ratify the signature in this Trademarks Assignment Agreement, dated on the 14 fourteenth of January of 2005 two thousand and five, as she knows the content and agrees with it**, she signs using her handwriting, with the signature she uses in all her acts, public and privates, and it is written before me. -----

--------------------------------

--------------------**PERSONAL INFORMATION**--------------------

According to her personal information, the appearing party states to be: Mrs. **ISOLDA PINEDO KAHLO**, Mexican, born on the January 3rd third, 1929 nineteen twenty-ninie, residing in Calle Aguayo numero 54, Colonia Del Carmen, Delegacion Coyoacan, City of Mexico,  Federal Dsitrict, and temporarily in this city. Likewise, the appearing party states to be up to date in tax payment, statement made without proof. ------------------------------------------------------------------------------------

----------------------------**I, THE NOTARY PUBLIC, HEREBY CERTIFY:** --------------------

-------

a).- That I know the Appearing Party, who I consider legally capable to execute and commit herself, without any evidence to the contrary. -------------------------------------------

b).- That I saw the document mentioned in this instrument, which is attached as a copy to its appendix. ----------------------------------------------------------------------------------

-------

c).- That I fully read this document out loud. --------------------------------------------------

d).- And that once I explained its content, scope and legal force to the appearing party, she stated to agree and therefore signs.- BEFORE ME.- **The prior act was registered in the Notary's Protocol, according to Deed number 7163, volume 84, File Number 27/05, of this same date, filed in Folio number 26789 authorized in this Notary's Office.- Mrs. Isolda Pinedo Kahlo.- Signature.- I attest.**

|                              |                              |
|:----------------------------:|:----------------------------:|
| BEFORE ME                    | *[Stamp]:*<br>STATE OF QUERETARO<br>*[Illegible]*<br>QUERETARO |
| *[Signature]*                |                              |
| ATT. GERARDO SANCHEZ VALLEJO<br>NOTARY PUBLIC ACTING IN THE NOTARY'S<br>OFFICE NUMBER 26 TWENTY-SIX<br>TIN: SAVG.620412-EX6 |  |

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

CONTRATO DE CESION DE DERECHOS DE MARCAS QUE CELEBRAN POR UNA PARTE ISOLDA PINEDO KAHLO (EN LO SUCESIVO LA **CEDENTE**) Y POR LA OTRA FRIDA KAHLO CORPORATION, (UNA SOCIEDAD DE PANAMA) REPRESENTADA EN ESTE ACTO POR EL SEÑOR CARLOS DORADO (EN LO SUCESIVO LA **CESIONARIA**) AL TENOR DE LAS SIGUIENTES DECLARACIONES Y CLAUSULAS:

# D E C L A R A C I O N E S

I.-      Declara la **CEDENTE**, por su propio derecho:

a) Que tiene registrado en su favor ante el Instituto Mexicano de la Propiedad Industrial las marcas que se especifican a continuación:

| | |
|---|---|
| 1) Registro número: | **786583** |
| Marca: | FRIDA KAHLO |
| Clase: | 09 |
| Productos: | aparatos e instrumentos científicos, náuticos, geodésicos, eléctricos, fotográficos, cinematográficos, ópticos, de pesar, de medida, de señalización, de control (inspección), de socorro, (salvamento); y de enseñanza, aparatos para el registro, transmisión, reproducción de sonido o imágenes, soportes de registro magnéticos, discos acústicos, distribuidores automáticos y mecanismos para aparatos de previo pago, cajas registradoras, máquinas calculadoras, equipos para tratamiento de la información y ordenadores, extintores, en particular, lentes y anteojos, lentes y anteojos para el sol, películas. |
| Fecha legal: | 2 de julio de 2002 |
| Fecha de concesión: | 11 de abril de 2003. |

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman



UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

2)  Registro número:         **785991**
    Marca:                   FRIDA KAHLO
    Clase:                   14
    Productos:               Metales preciosos y sus aleaciones
                             y artículos de estas materias o de
                             chapado no comprendidos en otras
                             clases, joyería, bisutería y piedras
                             preciosas, relojería e instrumentos
                             cronométricos.
    Fecha legal:             2 de julio de 2002.
    Fecha de concesión:      31 de marzo de 2003.

3)  Registro número:         **785992**
    Marca:                   FRIDA KAHLO
    Clase:                   3
    Productos:               Preparaciones para blanquear y
                             otras sustancias para la colada,
                             preparaciones para limpiar, pulir,
                             desengrasar y raspar, jabones,
                             perfumería, aceites esenciales,
                             cosméticos, lociones para el
                             cabellos, dentríficos.
    Fecha legal:             2 de julio de 2002
    Fecha de concesión:      31 de marzo de 2003

4)  Registro número:         **785993**
    Marca:                   FRIDA KAHLO
    Clase:                   25
    Productos:               vestidos, calzado, sombrerería.
    Fecha legal:             2 de julio de 2002
    Fecha de concesión:      31 de marzo de 2003

5)  Registro número:         **785994**
    Marca:                   FRIDA KAHLO
    Clase:                   16
    Productos:               papel, cartón y artículos de estas
                             materias, no comprendidos en otras
                             clases, productos de imprenta,
                             artículos de encuadernación,
                             fotografías, papelería, adhesivos
                             (pegamentos) para la papelería o la
                             casa, material para artistas,
                             pinceles, máquinas de escribir y
                             artículos de oficina (excepto
                             muebles), material de instrucción o
                             de enseñanza (excepto aparatos)
                             materias plásticas para embalaje

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman



SIXTH EXTOD

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

(no comprendidas en otras clases), naipes, caracteres de imprenta, clichés.

Fecha legal:           2 de julio de 2002
Fecha de concesión:    31 de marzo de 2003


6) Registro número         826912

Marca:              FRIDA KAHLO
Clase:              33
Productos           Bebidas alcohólicas (excepto cervezas)
Fecha legal:        18 de febrero de 2003
Fecha de concesión: 29 de marzo de 2004

b) Que es la única y exclusiva titular de las siguientes **solicitudes de marca**, actualmente en trámite de registro ante las oficinas del Instituto Mexicano de la Propiedad Industrial:

1) Solicitud número    673236
Marca:              FRIDA KAHLO
Clase:              43
Productos           Servicios para proveer alimentos y bebidas, hospedaje temporal, en particular, servicios de restaurante y bar
Fecha legal:        23 de julio de 2004


2) Solicitud número    687366
Marca:              FRIDA KAHLO
Clase:              18
Productos           Cuero e imitaciones de cuero y productos hechos de estos materiales, no comprendidos en otras clases, pieles de animales, baúles y maletas, paraguas, sombrillas y bastones, abrigos, arneses y talabartería.
Fecha legal:        11 de noviembre de 2004

3) Solicitud número    687367
Marca:              FRIDA KAHLO
Clase:              34
Productos           Tabaco, artículos para fumadores, cerillos, sustitutos del tabaco (que no sean para uso médico)

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

Fecha legal:                    11 de noviembre de 2004

c)  Que es la única y exclusiva titular de las siguientes **solicitudes de marca actualmente en trámite de registro ante la Oficina de Patentes y Marcas de Estados Unidos:**

| | |
|---|---|
| 1) Solicitud multi clase serie: | 76/456293 |
| Marca | FRIDA KAHLO |
| Clase | 9 |
| Productos | Lentes, micas para lentes, lentes de cristal, estuches para lentes, lentes de sol. |
| Fecha legal | 2 de octubre de 2002 |
| 2) Solicitud multi clase serie: | 76/456294 |
| Marca | FRIDA KAHLO |
| Clase | 16 |
| Productos | Libros de ficción y no ficción, libros con temas de Historia, Biografía, Arte y Política, y material impreso, principalmente, fotografías, reproducciones artísticas, impresiones artísticas, pinturas artísticas, caballetes, grabados, papel para trabajos de arte, almohadillas para pinturas (paletas), cuaderno de bocetos, invitaciones impresas, impresiones utilizadas como modelo (molde de vaciado), estampas de arte (artísticas), ilustraciones impresas, cuadernos de notas, libretas. |
| Fecha legal | 2 de octubre de 2002 |
| 3) Solicitud multi clase serie: | 76/456295 |
| Marca | FRIDA KAHLO |
| Clase | 25 |
| Productos | Ropa para mujer, principalmente, camisas, blusas, faldas, trajes, sacos (chaquetas), pantalones de vestir, shorts, chalecos, suéteres, pantalones, vestidos, trajes deportivos, abrigos, bufandas, chales, camisetas, camisetas, calcetines, piyamas, medias deportivas, ropa interior, brassieres, corsets, trajes de baño, corbatas, corbatines para hombres, |

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

cinturones para hombres y mujeres,
sombreros para mujeres, zapatos
para hombre.

Fecha legal                              2 de octubre de 2002


4) Solicitud multi clase serie:         76/456296
Marca                                    FRIDA KAHLO
Clase                                    3
Productos                                Perfumes, jabones y cosméticos.
Fecha legal                              2 de octubre de 2002


d)  Que es la única y exclusiva titular de las solicitudes de registro de marca
    número 1154940 actualmente en trámite de registro ante la Oficina de La
    Propiedad Intelectual en Canadá, en las clases 3, 9, 14, 16 y 25, presentada el
    7 de octubre de 2002 y 1237066 en clase 18, presentada el 12 de noviembre
    de 2004.

d)  Que como única y exclusiva titular de los registros marcarios 786583 FRIDA
    KAHLO, 785991 FRIDA KAHLO, 785992 FRIDA KAHLO, 785993 FRIDA
    KAHLO, 785994 FRIDA KAHLO, 826912 FRIDA KAHLO y las solicitudes de
    marca 673236, 687366, 687367, FRIDA KAHLO, todas estas marcas
    presentadas ante el Instituto Mexicano de la Propiedad Industrial, así como
    de las solicitudes: 76/456293, 76/456294, 76/456295 y 76/456296, FRIDA
    KAHLO, presentadas ante la Oficina de Patentes y Marcas de Estados
    Unidos, y de la solicitud 1154940 y 1237066 presentadas ante la Oficina de
    la Propiedad Intelectual en Canadá, a que se hace referencia en los incisos
    anteriores, tiene la intención de transmitir a la CESIONARIA todos los
    derechos inherentes sobre los mismos.

e)  Que los registros y las solicitudes marcarias antes señalados se encuentran
    vigentes y surtiendo todos sus efectos legales, sin que ningún tercero haya
    impugnado la validez de los mismos por tener un mejor derecho.

II.-    Declara la CESIONARIA a través de su representante:

a)  Que es su intención adquirir de la CEDENTE los registros marcarios 786583
    FRIDA KAHLO, 785991 FRIDA KAHLO, 785992 FRIDA KAHLO, 785993
    FRIDA KAHLO, 785994 FRIDA KAHLO, 826912 FRIDA KAHLO y las
    solicitudes de marca 673236, 687366, 687367, FRIDA KAHLO, todas estas
    marcas presentadas ante el Instituto Mexicano de la Propiedad Industrial, cuyo
    otorgamiento de registro se encuentra en trámite, así como de las solicitudes:
    76/456293, 76/456294, 76/456295 y 76/456296, FRIDA KAHLO, presentadas
    ante la Oficina de Patentes y Marcas de Estados Unidos, y de la solicitudes



UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

1154940 y 1237066 presentadas ante la Oficina de la Propiedad Intelectual en Canadá.

b) Que está conforme en aceptar todos los derechos y obligaciones inherentes a los registros y solicitudes marcarias antes señalados, objeto del presente contrato.

III.   Declaran ambas partes que, con el objeto de perfeccionar el presente contrato han decidido obligarse al tenor de las siguientes:

C L A U S U L A S

PRIMERA.- La **CEDENTE** transmite a la **CESIONARIA** todos los derechos relativos a los registros marcarios 786583 FRIDA KAHLO, 785991 FRIDA KAHLO, 785992 FRIDA KAHLO, 785993 FRIDA KAHLO, 785994 FRIDA KAHLO, 826912 FRIDA KAHLO y las solicitudes de marca 673236, 687366, 687367, FRIDA KAHLO, todas estas marcas presentadas ante el Instituto Mexicano de la Propiedad Industrial de México, así como de las solicitudes: 76/456293, 76/456294, 76/456295 y 76/456296, FRIDA KAHLO, presentadas ante la Oficina de Patentes y Marcas de Estados Unidos, y de la solicitudes 1154940 y 1237066 presentadas ante la Oficina de la Propiedad Intelectual en Canadá, sin limitación alguna.

SEGUNDA.- La **CEDENTE** se compromete a facilitar a la **CESIONARIA** todos los documentos y medios que fueren necesarios para que quede formalizada y consumada totalmente la cesión objeto de este contrato.

TERCERA.- La **CEDENTE** se compromete a no impugnar la válidez de los registros de marca objeto del contrato una vez formalizado el mismo.

CUARTA.- La **CESIONARIA** por su parte, se obliga a entregar a la **CEDENTE** como precio de la operación la cantidad de 25,000.00 Dlls (U.S.) (veinticinco mil dólares americanos) a la firma del contrato, por lo cual, la **CEDENTE** extiende el más amplio finiquito que en derecho proceda.

QUINTA.- Las partes contratantes manifiestan que el precio convenido es el justo y legítimo, y que ninguna de ellas sufre error o lesión, ni se enriquece en detrimento de la otra.

SEXTA.- Todas las notificaciones que deban efectuarse las partes deberán dirigirse a los siguientes domicilios:

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman



UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman



Sra. Isolda Pinedo Kahlo.
Nicolás San Juan No. 506, colonia
Del Valle, C.P. 03100
México D.F.

FRIDA KAHLO CORPORATION
Calle Aquilino de la Guardía No. 8
Edificio IGRA, Panamá, Panamá.

SEPTIMA. Las partes convienen que para todo lo relacionado con la interpretación y cumplimiento de este contrato, se someten a la jurisdicción y competencia de los Tribunales de la Ciudad de México, Distrito Federal, renunciando a cualesquier otro fuero ó jurisdicción que por razón de domicilio ó por algún otro motivo pudiera llegar a corresponderles.

LEIDO QUE FUE EL PRESENTE CONTRATO Y NO EXISTIENDO DOLO, ERROR O CONFUSIÓN LAS PARTES LO RATIFICAN POR TRIPLICADO A LOS 14 DIAS DEL MES DE ENERO DE 2005 EN LA CIUDAD DE QUERÉTARO, QRO.

_____            _____
SRA ISOLDA PINEDO KAHLO.            FRIDA KAHLO CORPORATION
                                   (una sociedad de panamá)

_____            _____
T E S T I G O S                    T E S T I G O S

_____            _____
T E S T I G O                      T E S T I G O

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

En la Ciudad de Santiago de Querétaro, Querétaro de Arteaga, a los 13 trece días del mes de Enero del año 2005 dos mil cinco, *ANTE MI, LICENCIADO GERARDO SÁNCHEZ VALLEJO, Notario Adscrito a la Notaría Pública Número 26 VEINTISEIS de esta Demarcación Notarial,* de la que es titular el señor Licenciado Francisco Guerra Malo, *C O M P A R E C E: La señora ISOLDA PINEDO KAHLO,* persona a las cual, en los términos del artículo 34 treinta y cuatro, párrafo segundo de la Ley del Notariado en vigor para el Estado de Querétaro, hice saber de las penas previstas por el artículo 277 doscientos setenta y siete del Código Penal vigente en el Estado, aplicables a quienes se conducen con falsedad en declaraciones ante Notario Público, por lo que quedando apercibida de ello, protesta formalmente que se conduce con verdad en las declaraciones que emite en este acto; *quien viene a ratificar la firma que aparece en el presente Contrato de Cesión de Derechos de Marcas, de fecha 14 catorce de enero del 2005 dos mil cinco, ya que conoce su contenido y está conforme con el,* firma que es de su puño y letra, que es la misma que utiliza en todos sus actos, tanto públicos como privados, y que es puesta en mi presencia.------
--------------------------------- *G E N E R A L E S* ---------------------------------
Por sus Generales, la compareciente manifiesta ser: La señora *ISOLDA PINEDO KAHLO,* Mexicana por Nacimiento, nacida el día 03 tres de Enero de 1929, mil novecientos veintinueve, y con domicilio en Calle Aguayo número 54, Colonia Del Carmen, Delegación Coyoacán, en la Ciudad de México, Distrito Federal, y de paso por esta Ciudad.- Así mismo la compareciente manifiesta que se encuentra al corriente de en el pago de sus impuestos, declaración que hace sin justificar.------------------------------
-------------------------- *YO, EL NOTARIO, CERTIFICO:* --------------------------
a).- Que conozco a la Compareciente, a quien considero con aptitud legal para contratar y obligarse pues nada me consta en contrario.----------
b).- Que tuve a la vista el documento a que hago referencia en el presente instrumento, del cual ha quedado agregada copia al apéndice del mismo.------
c).- Que dí lectura íntegra del presente en voz alta y clara.-----------------
d).- Y que una vez que expliqué a la compareciente su contenido, alcance y fuerza legal, ésta manifiesta su conformidad y para constancia firma.- ANTE MI.- *Del acto que antecede quedó constancia en el Protocolo, según Escritura número 7163 , Tomo 84, Expediente Numero 27/05, de esta misma fecha, asentada en el Folio número 20789 autorizado a esta Notaría.-Sra. Isolda Pinedo Kahlo.- Rubrica.- Doy fe.------------------------

*ANTE MI*

LIC. GERARDO SÁNCHEZ VALLEJO
NOTARIO ADSCRITO A LA
NOTARIA NUMERO 26 VEINTISEIS
R.F.C. SAVG-620412-EX6.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

*[Handwriting]*: "Annex 1"

**TRADEMARKS ASSIGNMENT AGREEMENT CELEBRATED BETWEEN MRS. ISOLDA PINEDO KAHLO (HEREINAFTER REFERRED TO AS "THE ASSIGNOR") AND FRIDA KAHLO CORPORATION (HEREINAFTER REFERRED TO AS "THE ASSIGNEE"), IN ACCORDANCE WITH THE FOLLOWING STATEMENTS AND CLAUSES.**

*[Stamp]:*
STATE OF QUERETARO ARTEAGA
NOTARY PUBLIC'S OFFICE 31
UNITED MEXICAN STATES
ATT. JOSE LUIS GALLEGOS PEREZ
SANTIAGO DE QUERETARO

**STATEMENT**

I. THE **ASSIGNOR** states:

a)  To be Mexican, of legal age, to have the legal capacity to execute this agreement, and to reside in Aguayo numero 54, Colonia del Carmen, Delegacion Coyoacan, Mexico, Distrito Federal.

*[Signature]*

b)  To be a third-grade ascending relative in collateral line of the famous Mexican painter and artist Frida Kahlo.

c)  That pursuant to the relationship thatbinds her with the artist Frida Kahlo and, for being the only alive relative, she has formally applied before the Mexican Institute of Industrial

1) Dossier No.:
   Trademark:
   Type:
   Products:

   Legal date:

724913
**FRIDA KAHLO y Diseño** 33
Alcoholic drinks (except for beers)

June 24, 2005.

2) Dossier No.:
   Trademark:
   Type:
   Products:

   Legal date:

724914
**FRIDA KAHLO y Diseño**
33
Alcoholic drinks (except for beers)
June 24, 2005.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

Property      the      registry      of      the      trademarks      herein      detailed:

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

|  | 3) Dossier No.: | 724915 |
|---|---|---|
|  | Trademark: | **FRIDA KAHLO y Diseño** |
|  | Type: | 33 |
|  | Products: | Alcoholic drinks (except for beers) |
|  | Legal date: | June 24, 2005. |

|  | 4) Dossier No.: | 728610 |
|---|---|---|
|  | Trademark: | **FRIDA KAHLO** |
|  | Type: | 28 |
|  | Products: | Games and toys, exercises and sport articles not included in other types; decorations for Christmas trees; dolls. |
|  | Legal date: | July 15, 2005. |

*[Stamp]*

d)  To be the exclusive and only holder of the rights, titles and interests derived from the trademark application 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, as well as 728610 FRIDA KAHLO.

e)  That the trademark applications 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, as well as 728610 FRIDA KAHLO, are in force and continue in process of being registered.

f)  That it is her will to cede, sell and transfer **THE ASSIGNEE** all the rights inherent to the trademark applications 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, as well as 728610 FRIDA KAHLO.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

STATE OF QUERETARO ARTEAGA
NOTARY PUBLIC'S OFFICE 31
UNITED MEXICAN STATES
ATT. JOSE LUIS GALLEGOS PEREZ
SANTIAGO DE QUERETARO

**II. THE ASSIGNEE** states, through her legal representative:

a) To be a corporation organized and existing pursuant to the laws of Panama, and that Mr. Jose F. Hinojosa Cuellar, who signs on its behalf and representation, has enough powers to accept trademarks cessions, warnings and corporate names on behalf of the corporation.

b) That it is her intention to acquire from **THE ASSIGNOR** the trademark applications 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, as well as 728610 FRIDA KAHLO, which are legally enforceable.

[Signature]

c) That she agrees to accept all the rights and obligations inherent to the trademark applications 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, as well as 728610 FRIDA KAHLO, subject matter of this agreement.

[Stamp]

**III. Both parties state:**

[Signature]

a) That they recognize the validity of the statements made in the prior chapter.

b) That with the purpose of executing this agreement, they have decided to commit themselves in accordance with the following clauses:

[Stamp]

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

**CLAUSES**

**FRIST.- THE ASSIGNOR** by means of this agreement sells, assigns and transfers **THE ASSIGNEE** all the rights, titles and interests inherent to the trademark applications 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, as well as 728610 FRIDA KAHLO without any limitation.

**SECOND.- THE ASSIGNEE** expressly accept the rights transfer made on her favor.

**THIRD.- LA ASSIGNOR** is committed to provide **THE ASSIGNEE** all the documents and means needed to execute and consummate the transfer subject matter of this agreement.

*[Stamp]*

**FOURTH.- THE ASSIGNOR** is committed to not impugn the validity of the trademark registrations subject matter of this this agreement once it is executed.

**FIFTH.- THE ASSIGNEE** is committed to provide **THE ASSIGNOR** as compensation for the cession of the trademark applications 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, as well as 728610 FRIDA KAHLO, the amount of $100.00 (ONE HUNDRED PESOS 00/100 N.C.) when signing this agreement, therefore **THE ASSIGNEE** receives the fullest amount as appropriate by law.

**SIXTH-** The contracting parties state that the price agreed is fair and legitimate, and that any of them suffers error or loss, nor is enriched in detriment of the other.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

**SEVENTH.-** For anything regarding the interpretation and fulfillment of this agreement, the parties agree to submit to the jurisdiction and competence of the Court of the City of Mexico, Federal District and renounce to any other regional code of laws or jurisdiction that may correspond due to their address or any other reason that could correspond to them.

[Stamp]:
STATE OF QUERETARO ARTEAGA
NOTARY PUBLIC'S OFFICE 31
UNITED MEXICAN STATES
ATT. JOSE LUIS GALLEGOS PEREZ
SANTIAGO DE QUERETARO

**SEVENTH.-** Both parties authorize Mr. Attorney Jose F.  Hinojosa Cuellar, Martín Michaus Romero y Eduardo Kleinberg Druker, so that on behalf and representation, together or separately, present this agreement before the Mexican Institute of Industrial Property, pursuant to Article 143 of the Industrial Property law.

*[Signature]*

THIS AGREEMENT WAS READ BY THE PARTIES AND THEY RATIFY IT IN TRIPLICATE ON JANUARY 09, 2006.

*[Stamp]*

**ISOLDA PINEDO KAHLO**
ASSIGNOR

_____
*[Signature]*

**FRIDA KAHLO CORPORATION**
ASSIGNEE

_____
*[Signature]*
Jose F. Hinojosa Cuellar

_____
*[Signature]*
WITNESS

*[Handwriting]:* Oscar Ariasttdez

_____
*[Signature]*
WITNESS

*[Handwriting]:* Erindra Serrano Luna

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

**IN THE CITY OF SANTIAGO DE QUERETARO, STATE OF QUERETARO ARTEAGA,** January 9th ninth **two thousand and six,** before me, **ATTORNEY ESTELA DE LA LUZ GALLEGOS BARREDO,** Notary Acting in the Public Notary's Office Number 31 thirty-one in this judicial district, of which the Incumbent Notary Public is Mr. Attorney **JOSE LUIS GALLEGOS PEREZ; APPEARS:** Mrs. **ISOLDA PINEDO KAHLO,** and states that she appears with the purpose to ratify the content and signature included in the prior document, recorded in the Record Number 18,375 eighteen thousand, three hundred and seventy-five, Volume CCCLXVIII of this Notary's Office's Protocol. ----------------------------------

**REGARDING HER PERSONAL INFORMATION.-** The appearing party states to be Mexican, of legal age, up to date in tax payment without proof, to be born on the January 3rd third, 19299 nineteen  twenty nine, in Mexico, Federal District, to be single, housewife, and to reside in Aguayo numero 54 cincuenta y cuatro, Colonia del Carmen, Delegacion Coyoacan en México, Distrito Federal, temporarily in this City, identifying herself with the electoral card issued by the Federal Electoral Institute with folio number 069650452087 from which her electoral code comes from, which is PNKHIS29010309H500. --------------------------------------------------------------------------------------------------------------------

**I, THE NOTARY PUBLIC, CERTIFY.-** To know the appearing party who I consider to be legally capable to take part in this act, without any evidence to the contrary, that the prior was read and the content, scope and legal force was explained, therefore, she ratified and signed in agreement before me.- **I ATTEST.** ----------------------------------------------------
---------------

*[Signature]*

**ISOLDA PINEDO KAHLO**

**BEFORE ME**
**ATT. ESTELA DE LA LUZ GALLEGOS BARREDO**
**NOTARY PUBLIC ACTING IN THE**
**PUBLIC NOTARY'S OFFICE NUMBER 31**
**GABE-701026-DEA**

*[Stamp]:*
STATE OF QUERETARO ARTEAGA
NOTARY PUBLIC'S OFFICE 31
UNITED MEXICAN STATES
ATT. JOSE LUIS GALLEGOS PEREZ
SANTIAGO DE QUERETARO

*[Signature]*

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

*[Handwriting]:* "Annex 3"

# CONSENT LETTER

*[Stamp]:*
STATE OF QUERETARO ARTEAGA
NOTARY PUBLIC'S OFFICE 31
UNITED MEXICAN STATES
ATT. JOSE LUIS GALLEGOS PEREZ
SANTIAGO DE QUERETARO

**I, ISOLDA PINEDO KAHLO,** Mexican, of legal age, legally capable to execute this consent, with address stated in Aguayo numero 54, Colonia del Carmen, Delegacion Coyoacan, México, Federal, by means of this deedstate as follows:

Pursuant to third-grade ascending relation in collateral line that binds me with the famous painter and artist Frida Kahlo and, as I am the only surviving relative, by means of this document I grant my consent so that the corporation **FRIDA KAHLO CORPORATION**, can get in our country the registration of the trademarks FRIDA KAHLO and FRIDA KAHLO y Diseño, which are currently in process before the Mexican Institute of Industrial Property, in the official dossiers of trademark application 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, as well as 728610 FRIDA KAHLO. The above, in terms of Article 90, Section XII, of the Industrial Property Law.

This consent grants full acknowledgment of the legal consequences implied and without lack of agreement or defect of consent that affects its validity.

City of Queretaro, Queretaro, on January 09, two thousand and six.

_____*[Signature]*_____
**ISOLDA PINEDO KAHLO**

The undersigned Notary Public certifies that knows Mrs. **ISOLDA PINEDO KAHLO**, Mexican citizen, who has full legal capacity to grant this consent. Finally, the undersigned Notary Public certifies that with the granting of this deed, the legal provisions of our country are not violated.

*[Stamp]:*
STATE OF QUERETARO ARTEAGA
NOTARY PUBLIC'S OFFICE 31
UNITED MEXICAN STATES
ATT. JOSE LUIS GALLEGOS PEREZ
SANTIAGO DE QUERETARO

_____*[Signature]*_____
NOTARY PUBLIC

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

IN THE CITY OF SANTIAGO, STATE OF QUERETARO ARTEAGA, on the January 9th ninth **2006 two thousand and six,** before me, **ATTORNEY ESTELA DE LA LUZ GALLEGOS BARREDO,** Notary Acting in the Public Notary's Office Number 31 thirty-one in this judicial district, of which the Incumbent Notary Public is Mr. Attorney **JOSE LUIS GALLEGOS PEREZ; APPEARS:** Mrs. **ISOLDA PINEDO KAHLO,** and states that she appears with the purpose of ratifying the content and signature included in the prior document, recorded in the Record Number 18,374 eighteen thousand, three hundred and seventy-four, Volume CCCLXVIII of this Notary's Office's Protocol. --------------------------------------------------------------------

**REGARDING HER PERSONAL INFORMATION.-** The appearing party states to be Mexican, of legal age, up to date in tax payment without proof, to be born on the January 3rd third, 1929 nineteen twenty-nine, in Mexico, Federal District, to be single, housewifer, and to reside in Aguayo numero 54 cincuenta y cuatro, Colonia del Carmen, Delegacion Coyoacan in México, Distrito Federal, identifying herself with the electoral card issued by the Federal Electoral Institute with folio number 069650452087 from which her electoral code comes from, which is PNKHIS29010309H500. --------------------

**I, THE NOTARY PUBLIC, CERTIFY.-** To know the appearing party who I consider to be legally capable to take part in this act, without any evidence to the contrary, that the prior was read and the content, scope and legal force was explained, therefore, she ratified and signed in agreement before me.- **I ATTEST.** ------- ------


*[Signature]*

**ISOLDA PINEDO KAHLO**


**BEFORE ME**
**ATT. ESTELA DE LA LUZ GALLEGOS BARREDO**
**NOTARY PUBLIC ACTING IN THE**
**PUBLIC NOTARY'S OFFICE NUMBER 31**
**GABE-701026-DEA**

*[Signature]*

*[Stamp]:*
STATE OF QUERETARO ARTEAGA
NOTARY PUBLIC'S OFFICE 31
UNITED MEXICAN STATES
ATT. JOSE LUIS GALLEGOS PEREZ
SANTIAGO DE QUERETARO

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

CONTRATO DE CESIÓN DE DERECHOS DE MARCA QUE CELEBRAN POR UNA PARTE LA SEÑORA ISOLDA PINEDO KAHLO (EN LO SUCESIVO "LA CEDENTE") Y POR LA OTRA LA EMPRESA FRIDA KAHLO CORPORATION (EN LO SUCESIVO "LA CESIONARIA"), AL TENOR DE LAS SIGUIENTES DECLARACIONES Y CLÁUSULAS.

## D E C L A R A C I O N E S

I. Declara **LA CEDENTE**:

a) Ser mexicana por nacimiento, mayor de edad, con capacidad legal para celebrar el presente contrato, con domicilio en Aguayo número 54, Colonia del Carmen, Delegación Coyoacán, México, Distrito Federal.

b) Ser pariente en tercer grado ascendente en línea colateral de la famosa pintora y artista mexicana Frida Kahlo.

c) Que en virtud del parentesco que la une con la conocida artista Frida Kahlo y, por ser el único familiar que le sobrevive, ha solicitado formalmente ante el Instituto Mexicano de la Propiedad Industrial el registro de las marcas que se especifican a continuación:

| 1) | Expediente número: | 724913 |
|----|--------------------|--------|
|    | Marca: | **FRIDA KAHLO y Diseño** |
|    | Clase: | 33 |
|    | Productos: | Bebidas alcohólicas (excepto cervezas) |
|    | Fecha legal: | 24 de junio de 2005. |

| 2) | Expediente número: | 724914 |
|----|--------------------|--------|
|    | Marca: | **FRIDA KAHLO y Diseño** |
|    | Clase: | 33 |
|    | Productos: | Bebidas alcohólicas (excepto cervezas) |
|    | Fecha legal: | 24 de junio de 2005. |

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

|   |   |   |
|---|---|---|
| 3) | Expediente número: | 724915 |
|   | Marca: | **FRIDA KAHLO y Diseño** |
|   | Clase: | 33 |
|   | Productos: | Bebidas alcohólicas (excepto cervezas) |
|   | Fecha legal: | 24 de junio de 2005. |

|   |   |   |
|---|---|---|
| 4) | Expediente número: | 728610 |
|   | Marca: | **FRIDA KAHLO** |
|   | Clase: | 28 |
|   | Productos: | Juegos y juguetes; artículos de gimnasia y de deporte no comprendidos en otras clases; decoraciones para árboles de navidad; muñecas. |
|   | Fecha legal: | 15 de julio de 2005. |

d) Ser única y exclusiva titular de todos los derechos, títulos e intereses derivados de las solicitudes de marca 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, así como 728610 FRIDA KAHLO.

e) Que las solicitudes de marca 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, así como 728610 FRIDA KAHLO, se encuentran vigentes y continúan en trámite de registro.

f) Que es su voluntad ceder, vender y transferir a favor de **LA CESIONARIA** todos los derechos inherentes a las solicitudes de marca 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, así como 728610 FRIDA KAHLO.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

**II.** Declara **LA CESIONARIA**, por conducto de su representante legal:

a) Ser una sociedad organizada y existente de acuerdo a las leyes de Panamá, y que el Sr. José F. Hinojosa Cuellar, quien firma en su nombre y representación cuenta con las facultades suficientes para aceptar cesiones de registros de marcas, avisos y nombres comerciales en nombre de la citada empresa.

b) Que es su intención adquirir de **LA CEDENTE** las solicitudes de marca 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, así como 728610 FRIDA KAHLO, las cuales se encuentran surtiendo todos sus efectos legales.

Que está conforme en aceptar todos los derechos y obligaciones inherentes a las solicitudes de marca 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, así como 728610 FRIDA KAHLO, objeto del presente contrato.

**III. Declaran ambas partes:**

a) Que reconocen la validez de las manifestaciones señaladas en el capítulo anterior.

b) Que con el objeto de perfeccionar el presente contrato, han decidido obligarse al tenor de las siguientes:

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

# C L Á U S U L A S

**PRIMERA.-** **LA CEDENTE** por medio del presente contrato vende, cede y transfiere a favor de **LA CESIONARIA** todos los derechos, títulos e intereses derivados de las solicitudes de marca 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, así como 728610 FRIDA KAHLO, sin limitación alguna.

**SEGUNDA.-** **LA CESIONARIA** expresamente acepta la transferencia de derechos que se hace a su favor.

**TERCERA.-** **LA CEDENTE** se compromete a facilitar a **LA CESIONARIA** todos los documentos y medios que fueren necesarios para que quede formalizada y consumada totalmente la cesión objeto de este contrato.

**CUARTA.-** **LA CEDENTE** se compromete a no impugnar la validez de las solicitudes de marca objeto del presente contrato una vez formalizado el mismo.

**QUINTA.-** **LA CESIONARIA** por su parte, se obliga a entregar a **LA CEDENTE** como contraprestación a la cesión de las solicitudes de marca 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, así como 728610 FRIDA KAHLO, la cantidad de $100.00 (CIEN PESOS 00/100 M.N.) a la firma de este contrato, por lo cual **LA CEDENTE** extiende el más amplio finiquito que en derecho proceda.

**SEXTA.-** Las partes contratantes manifiestan que el precio convenido es el justo y legítimo, y que ninguna de ellas sufre error o lesión, ni se enriquece en detrimento de la otra.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

**SÉPTIMA.-** Las partes convienen que para todo lo relacionado con la interpretación y cumplimiento de este contrato, se someten a la jurisdicción y competencia de los Tribunales de la Ciudad de México, Distrito Federal, renunciando a cualesquier otro fuero ó jurisdicción que por razón de domicilio ó por algún otro motivo pudiera llegar a corresponderles.

**SÉPTIMA.-** Ambas partes autorizan a los señores Licenciados José F. Hinojosa Cuellar, Martín Michaus Romero y Eduardo Kleinberg Druker, para que en su nombre y representación, conjunta o separadamente, inscriban el presente contrato ante el Instituto Mexicano de la Propiedad Industrial, en términos de lo dispuesto por el artículo 143 de la Ley de la Propiedad Industrial.

LEIDO QUE FUE EL PRESENTE CONTRATO LAS PARTES LO RATIFICAN POR TRIPLICADO A LOS 9 DIAS DEL MES DE ENERO DE 2006.

**ISOLDA PINEDO KAHLO**
CEDENTE

**FRIDA KAHLO CORPORATION**
CESIONARIO

José F. Hinojosa Cuellar

T E S T I G O

T E S T I G O

Erindra Serrano Lomeli

**EN LA CIUDAD DE SANTIAGO DE QUERETARO, ESTADO DE QUERETARO ARTEAGA,** a los 9 nueve días del mes de enero del año **2006 dos mil seis,** ante mi, **LICENCIADA ESTELA DE LA LUZ GALLEGOS BARREDO,** Notario Adscrita a la Notaría Pública número 31 Treinta y Uno de este distrito judicial, de la que es Titular el señor Licenciado **JOSE LUIS GALLEGOS PEREZ; C O M P A R E C E:** la señora **ISOLDA PINEDO KAHLO,** y me manifiesta que viene para el efecto de ratificar el contenido y la firma que calza en el documento que antecede, habiéndose levantado el acta Número 18,375 dieciocho mil trescientos setenta y cinco, del Tomo CCCLXVIII del protocolo de esta Notaria.------------------------------------------------------------------

**POR SUS GENERALES.-** La compareciente manifestó ser mexicana por nacimiento, mayor de edad, al corriente en el pago de sus impuestos sin acreditarlo, haber nacido el día 3 tres de enero de 1929 mil novecientos veintinueve en México, Distrito Federal, ser soltera, dedicada a su hogar, con domicilio en Aguayo número 54 cincuenta y cuatro, Colonia del Carmen, Delegación Coyoacán en México, Distrito Federal, de paso por esta Ciudad, identificándose con credencial de elector expedida por el Instituto Federal Electoral con número de folio 069650452087 de la que se desprende que su clave de elector es PNKHIS29010309H500.------------------------------------------

**YO, LA NOTARIO, CERTIFICO.-** Conocer a la compareciente a quien conceptúo con capacidad legal para intervenir en este acto, ya que nada me consta en contrario, que se dio lectura a lo anterior  y  expliqué su contenido, alcance y fuerza legal, luego de lo cual, lo ratifico y firmo de conformidad ante mi presencia.- **DOY FE.**------------------------------------------------------------------------


**ISOLDA PINEDO KAHLO**


**ANTE MI:**
**LIC. ESTELA DE LA LUZ GALLEGOS BARREDO**
**NOTARIO PUBLICO ADSCRITA A LA**
**NOTARIA NUMERO 31**
**GABE-701026-DEA**

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

## CARTA CONSENTIMIENTO

        **ISOLDA PINEDO KAHLO**, mexicana por nacimiento, mayor de edad, con capacidad jurídica para otorgar el presente consentimiento, señalando como domicilio el ubicado en Aguayo número 54, Colonia del Carmen, Delegación Coyoacán, México, Distrito Federal por medio del presente instrumento manifiesto lo siguiente:

        En virtud del parentesco en tercer grado ascendente en línea colateral que me une con la famosa pintora y artista Frida Kahlo y, por ser el único familiar que le sobrevive, por este conducto otorgo mi consentimiento para que la empresa **FRIDA KAHLO CORPORATION**, pueda obtener en nuestro país el registro de las marcas FRIDA KAHLO y FRIDA KAHLO y Diseño, que actualmente se encuentran en trámite ante el Instituto Mexicano de la Propiedad Industrial, en los expedientes oficiales de las solicitudes de marca 724913 FRIDA KAHLO y Diseño, 724914 FRIDA KAHLO y Diseño, 724915 FRIDA KAHLO y Diseño, así como 728610 FRIDA KAHLO. Lo anterior, en términos de lo dispuesto por el artículo 90, fracción XII, de la Ley de la Propiedad Industrial.

        El presente consentimiento se otorga con pleno conocimiento de las consecuencias jurídicas que implica y sin que medie presión o vicio de la voluntad que afecte su validez.

        Ciudad de Querétaro, Querétaro; a los 9 nueve días del mes de enero de dos mil seis.

_____
ISOLDA PINEDO KAHLO

El suscrito, Notario Público certifica que conoce personalmente a la señora **ISOLDA PINEDO KAHLO**, ciudadana mexicana, quien tiene plena capacidad legal para otorgar el presente consentimiento. Finalmente, el suscrito Notario Público certifica que con el otorgamiento del presente instrumento no se contravienen las disposiciones legales de nuestro país.

NOTARIO PÚBLICO

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

EN LA CIUDAD DE     NTIAGO DE QUERETARO, ESTADO DE QUERETA     ARTEAGA, a los 9 nueve días del mes de enero del año **2006 dos mil seis**, ante mí, **LICENCIADA ESTELA DE LA LUZ GALLEGOS BARREDO**, Notario Adscrita a la Notaría Pública número 31 Treinta y Uno de este distrito judicial, de la que es Titular el señor Licenciado **JOSE LUIS GALLEGOS PEREZ; C O M P A R E C E:** la señora **ISOLDA PINEDO KAHLO**, y me manifiesta que viene para el efecto de ratificar el contenido y la firma que calza en el documento que antecede, habiéndose levantado el acta Número 18,374 dieciocho mil trescientos setenta y cuatro, del Tomo CCCLXVIII del protocolo de esta Notaria. -------------------------------------------------------------
**POR SUS GENERALES.-** La compareciente manifestó ser  mexicana por nacimiento, mayor de edad, al corriente en el pago de sus impuestos sin acreditarlo, haber nacido el día 3 tres de enero de 1929 mil novecientos veintinueve en México, Distrito Federal, ser soltera, dedicada a su hogar, con domicilio en Aguayo número 54 cincuenta y cuatro, Colonia del Carmen, Delegación Coyoacán en México, Distrito Federal, de paso por esta Ciudad, identificándose con credencial de elector expedida por el Instituto Federal Electoral con número de folio 069650452087 de la que se desprende que su clave de elector es PNKHIS29010309H500.----------------------------------------
**YO, LA NOTARIO, CERTIFICO.-** Conocer a la compareciente a quien conceptúo con capacidad legal para intervenir en este acto, ya que nada me consta en contrario, que se dio lectura a lo anterior  y  expliqué su contenido, alcance y fuerza legal, luego de lo cual, lo ratifico y firmo de conformidad ante mi presencia.- **DOY FE.** -------------------------------------------------------------------------------------------------------------

**ISOLDA PINEDO KAHLO**

**ANTE MI:**
**LIC. ESTELA DE LA LUZ GALLEGOS BARREDO**
**NOTARIO PUBLICO ADSCRITA A LA**
**NOTARIA NUMERO 31**
**GABE-701026-DEA**

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

**TRADEMARKS ASSIGNMENT AGREEMENT CELEBRATED BETWEEN MRS. ISOLDA PINEDO KAHLO (HEREINAFTER REFERRED TO AS "THE ASSIGNOR") AND FRIDA KAHLO CORPORATION (HEREINAFTER REFERRED TO AS "THE ASSIGNEE"), IN ACCORDANCE WITH THE FOLLOWING STATEMENTS AND CLAUSES.**

*[Stamp]*

## STATEMENTS

I. THE **ASSIGNOR** state:

a) To be Mexican, of legal age, to have legal capacity to execute this agreement, and to reside in Aguayo numero 54, Colonia del Carmen, Delegacion Coyoacan, Mexico, Distrito Federal.

b) To be a third-grade ascending relative in collateral line of the famous Mexican painter Frida Kahlo.

c) That pursuant to the relationship that binds her with the artist Frida Kahlo and for being the only relative alive, she has formally applied before the Mexican Institute of Industrial property for the trademarks registration which are below specified and hereinafter referred to as "THE REQUESTS

*[Signature]*

| | | |
|---|---|---|
| 1) | Request No.: | 762231 |
| | Trademark: | FRIDA KAHLO |
| | Type: | 32 |
| | Products: | Beers; mineral waters and sodas, and other not-alcoholic drinks; fruit and fruit juice drinks; syrups and other preparations to make drinks. |
| | Legal date: | January 25, 2006 |
| 2) | Request No.: | 775621 |
| | Trademark: | FRIDA KAHLO |
| | Type: | 12 |
| | Products: | Vehicles, land, air or maritime transport systems. Planes |
| | Legal date: | April 03, 2006 |

d) To be the exclusive and only holder of the rights, titles and interests derived from THE REQUESTS.

e) That THE REQUESTS, are in force and continue in process to be registered.

f) That it is her will to assign, sell and transfer in favor of **THE ASSIGNEE** all the rights, titles and interests inherent to THE REQUESTS.

**II. THE ASSIGNEE**, through her legal representative, states:

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

a)  To be a corporation organized and existing pursuant to the laws of Panama, and that Mr. Jose F. Hinojosa Cuellar, who signs on its behalf and representation, has enough powers to accept trademarks cessions, warnings and corporate names on behalf of the corporation.

b)  That it is its intention to acquire from **THE ASSIGNOR** THE REQUESTS, which are legally enforceable.

c)  That agrees to accept all the rights and obligations inherent to THE REQUESTS.

**III. Both parties state:**

a)  That they recognize the validity of the statements made in the prior chapter.

b)  That with the purpose of executing this agreement, they have decided to commit themselves in accordance with the following clauses:

**CLAUSES**

**FIRST.- THE ASSIGNOR** by means of this agreement sells, assins and transfers without any limitation, in favor of **THE ASSIGNEE** all the rights, titles and interests derived from THE REQUESTS.

**SECOND.- THE ASSIGNEE** expressly accept the rights transfer made on her favor,

**THIRD.- LA ASSIGNOR** is committed to provide **THE ASSIGNEE** all the documents and means needed to execute and consummate the transfer subject matter of this agreement.

**FOURTH.- THE ASSIGNOR** is committed to not impugn the validity of THE REQUESTS subject matter of this agreement once it is executed.

**FIFTH.- THE ASSIGNEE** is committed to provide **THE ASSIGNOR** as compensation for the cession of THE REQUESTS the amount of $100.00 (ONE HUNDRED PESOS 00/100 N.C.) when signing this agreement, therefore **THE ASSIGNEE** receives the fullest amount as appropriate by law.

**SIXTH-** The contracting parties state that the price agreed is fair and legitimate, and that any of them suffers error or loss, nor is enriched in detriment of the other.

**SEVENTH**.- For anything regarding the interpretation and fulfillment of this agreement, the parties agree to submit to the jurisdiction and competence of the Court of the City of Mexico, Federal District, and renounce to any other regional code of laws or jurisdiction that may correspond due to their address or any other reason that could correspond to them.

**EIGHTH.-**Both parties authorize Mr. Attorney Jose F.  Hinojosa Cuellar, Martín Michaus Romero and Eduardo Kleinberg Druker, Adolfo Athie Cervantes, so that on behalf and representation jointly or separately, execute this agreement before the Mexican Institute of Industrial Property, pursuant to Article 143 of the Industrial Property law.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

*[Stamp]*

      THIS AGREEMENT WAS READ BY THE PARTIES AND THEY RATIFY IT BY TRIPLICATE ON June 28, 2006.

*[Signature]*


ISOLDA PINEDO KAHLO
ASSIGNOR

      *[Signature]*

FRIDA KAHLO CORPORATION
ASSIGNEE

      *[Signature]*

Jose F. Hinojosa Cuellar


WITNESS

WITNESS

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

**IN THE CITY OF MIAGO DE QUERETARO, STATE OF QUERETARO ARTEAGA,** on the Januart 29th twenty-ninth **2006 two thousand and six,** before me, **ATTORNEY ESTELA DE LA LUZ GALLEGOS BARREDO,** Notary Acting in the Public Notary's Office Number 31 thirty-one in this judicial district, of which the Incumbent Notary Public is Mr. Attorney **JOSE LUIS GALLEGOS PEREZ; APPEARS:** Mrs. **ISOLDA PINEDO KAHLO,** and states that she appears with the purpose of ratifying the content and signature included in the prior document, recorded in the Record Number 19,315 eighteen thousand, three hundred and seventy-five, Volume CCCLXXXVIII three hundred and eighty-seven roman, of this Notary's Office's Protocol.

**REGARDING HER PERSONAL INFORMATION.-** The appearing party states to be Mexican, of legal age, up to date in tax payment without proof, to be born January 3rd, 1929 nineteen twenty-nine, in Mexico, Federal District, to be single,housewife, and to reside in Aguayo numero 54 cincuenta y cuatro, Colonia del Carmen, Delegacion Coyoacan en México, Distrito Federal, temporarily in this City, identifying herself with the electoral card issued by the Federal Electoral Institute with folio number 069650452087 from which her electoral code comes from, which is PNKHIS29010309H500. --------------------------------------------------------

**I, THE NOTARY PUBLIC, CERTIFY.-** To know the appearing party who I consider to be legally capable to take part in this act, without any evidence to the contrary, that the prior was read and the content, scope and legal force was explained, therefore, she ratified and signed in agreement before me.- **I ATTEST.** ---------------------------------
------

*[Signature]*

**ISOLDA PINEDO KAHLO**

*[Stamp]*

**BEFORE ME
ATT. ESTELA DE LA LUZ GALLEGOS BARREDO
NOTARY PUBLIC ACTING IN THE
PUBLIC NOTARY'S OFFICE NUMBER 31
GABE-701026-DEA**

*[Signature]*

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

**CONTRATO DE CESIÓN DE DERECHOS DE MARCA QUE CELEBRAN POR UNA PARTE LA SEÑORA ISOLDA PINEDO KAHLO (EN LO SUCESIVO "LA CEDENTE") Y POR LA OTRA LA EMPRESA FRIDA KAHLO CORPORATION (EN LO SUCESIVO "LA CESIONARIA"), AL TENOR DE LAS SIGUIENTES DECLARACIONES Y CLÁUSULAS.**

### D E C L A R A C I O N E S

I. Declara **LA CEDENTE:**

a) Ser mexicana por nacimiento, mayor de edad, con capacidad legal para celebrar el presente contrato, con domicilio en Aguayo número 54, Colonia del Carmen, Delegación Coyoacán, México, Distrito Federal.

b) Ser pariente en tercer grado ascendente en línea colateral de la famosa pintora y artista mexicana Frida Kahlo.

c) Que en virtud del parentesco que la une con la conocida artista Frida Kahlo y por ser el único familiar que le sobrevive, ha solicitado formalmente ante el Instituto Mexicano de la Propiedad Industrial el registro de las marcas que se especifican a continuación y que en lo sucesivo se denominan "LAS SOLICITUDES".

| | | |
|---|---|---|
| 1) | Solicitud número: | 762231 |
| | Marca: | FRIDA KAHLO |
| | Clase: | 32 |
| | Productos: | Cervezas; aguas minerales y gaseosas, y otras bebidas no alcohólicas; bebidas de frutas y jugos de frutas; jarabes y otras preparaciones para hacer bebidas. |
| | Fecha legal: | 25 de Enero de 2006 |
| | | |
| 2) | Solicitud número: | 775621 |
| | Marca: | FRIDA KAHLO |
| | Clase: | 12 |
| | Productos: | Vehículos; aparatos de locomoción terrestre aérea o marítima. Aviones |
| | Fecha legal: | 03 de Abril de 2006 |

d) Ser la única y exclusivamente titular de todos los derechos, títulos e intereses derivados de LAS SOLICITUDES.

e) Que LAS SOLICITUDES, se encuentran vigentes y continúan en trámite de registro.

f) Que es su voluntad ceder, vender y transferir a favor de **LA CESIONARIA** todos los derechos, títulos e intereses inherentes a LAS SOLICITUDES.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

II. Declara **LA CESIONARIA**, por conducto de su representante legal:

a) Ser una sociedad organizada y existente de acuerdo a las leyes de Panamá, y que el Sr. José F. Hinojosa Cuellar, quien firma en su nombre y representación cuenta con las facultades suficientes para aceptar cesiones de registros de marcas, avisos y nombres comerciales en nombre de la citada empresa.

b) Que es su intención adquirir de **LA CEDENTE** LAS SOLICITUDES, las cuales se encuentran surtiendo todos sus efectos legales.

c) Que está conforme en aceptar todos los derechos y obligaciones inherentes a LAS SOLICITUDES.

**III. Declaran ambas partes:**

a) Que reconocen la validez de las manifestaciones señaladas en el capítulo anterior.

b) Que con el objeto de perfeccionar el presente contrato, han decidido obligarse al tenor de las siguientes:

## C L Á U S U L A S

**PRIMERA.- LA CEDENTE** por medio del presente contrato vende, cede y transfiere sin limitación alguna a favor de **LA CESIONARIA** todos los derechos, títulos e intereses derivados de LAS SOLICITUDES.

**SEGUNDA.- LA CESIONARIA** expresamente acepta la transferencia de derechos que se hace a su favor.

**TERCERA.- LA CEDENTE** se compromete a facilitar a **LA CESIONARIA** todos los documentos y medios que fueren necesarios para que quede formalizada y consumada totalmente la cesión objeto de este contrato.

**CUARTA.- LA CEDENTE** se compromete a no impugnar la validez de LAS SOLICITUDES una vez formalizado el presente contrato.

**QUINTA.- LA CESIONARIA** por su parte, se obliga a entregar a **LA CEDENTE** como contraprestación a la a cesión de LAS SOLICITUDES, la cantidad de $100.00 (CIEN PESOS 00/100 M.N.) a la firma de este contrato, por lo cual **LA CEDENTE** extiende el más amplio finiquito que en derecho proceda.

**SEXTA.-** Las partes contratantes manifiestan que el precio convenido es el justo y legítimo, y que ninguna de ellas sufre error o lesión, ni se enriquece en detrimento de la otra.

**SÉPTIMA.-** Las partes convienen que para todo lo relacionado con la interpretación y cumplimiento de este contrato, se someten a la jurisdicción y competencia de los Tribunales de la Ciudad de México, Distrito Federal, México, renunciando a cualesquier otro fuero ó jurisdicción que por razón de domicilio ó por algún otro motivo pudieran llegar a corresponderles.

**OCTAVA.-** Ambas partes autorizan a los señores Licenciados José F. Hinojosa Cuellar, Martín Michaus Romero y Eduardo Kleinberg Druker, Adolfo Athié Cervantes, para que en su nombre y representación conjunta o separadamente, inscriban el presente contrato ante el Instituto Mexicano de la Propiedad Industrial, en términos de lo dispuesto por el artículo 143 de la Ley de la Propiedad Industrial.

TRANSLATION SERVICES
Biscayne Blvd, Suite 403
Aventura FL 33180
universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

ISOLDA PINEDO KAHLO
CEDENTE

FRIDA KAHLO CORPORATION
CESIONARIO

José F. Hinojosa Cuellar

_____
T E S T I G O

_____
T E S T I G O

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-939-7267

AHJ Huisman

EN LA CIUDAD DE SANTIAGO DE QUERETARO, ESTADO DE QUERETARO ARTEAGA, a los 29 veintinueve días del mes de enero del año **2006 dos mil seis**, ante mi, **LICENCIADA ESTELA DE LA LUZ GALLEGOS BARREDO**, Notario Adscrita a la Notaría Pública número 31 Treinta y Uno de este distrito judicial, de la que es Titular el señor Licenciado **JOSE LUIS GALLEGOS PEREZ; C O M P A R E C E:** la señora **ISOLDA PINEDO KAHLO**, y me manifiesta que viene para el efecto de ratificar el contenido y la firma que calza en el documento que antecede, habiéndose levantado el acta Número 19,315 diecinueve mil trescientos quince, del Tomo CCCLXXXVII trescientos ochenta y siete romano del protocolo de esta Notaria. ------------
**POR SUS GENERALES.-** La compareciente manifestó ser  mexicana por nacimiento, mayor de edad, al corriente en el pago de sus impuestos sin acreditarlo, haber nacido el día 3 tres de enero de 1929 mil novecientos veintinueve en México, Distrito Federal, ser soltera, dedicada a su hogar, con domicilio en Aguayo número 54 cincuenta y cuatro, Colonia del Carmen, Delegación Coyoacán en México, Distrito Federal, de paso por esta Ciudad, identificándose con credencial de elector expedida por el Instituto Federal Electoral con número de folio 069650452087 de la que se desprende que su clave de elector es PNKHIS29010309H500.-------------------------------------------
**YO, LA NOTARIO, CERTIFICO.-** Conocer a la compareciente a quien conceptúo con capacidad legal para intervenir en este acto, ya que nada me consta en contrario, que se dio lectura a lo anterior  y  expliqué su contenido, alcance y fuerza legal, luego de lo cual, lo ratifico y firmo de conformidad ante mi presencia.- **DOY FE.** -------------------------------------------------------------------


**ISOLDA PINEDO KAHLO**


**ANTE MI:**
**LIC. ESTELA DE LA LUZ GALLEGOS BARREDO**
**NOTARIO PUBLICO ADSCRITA A LA**
**NOTARIA NUMERO 31**
**GABE-701026-DEA**

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

*[Stamp]*

# ASSIGNMENT AGREEMENT

**ASSIGNMENT** **AGREEMENT CELEBRATED BETWEEN ISOLDA PINEDO KAHLO ON HER OWN BEHALF (HEREINAFTER REFERRED TO AS "THE ASSIGNOR") REPRESENTED IN THIS ACT BY MRS. MARA CRISTINA TERESA ROMEO PINEDO AND FRIDA KAHLO CORPORATION, REPRESENTED IN THIS ACT BY MR. CARLOS RAFAEL DORADO FERNANDEZ (HEREINAFTER REFERRED TO AS "THE ASSIGNEE").**

*[Handwriting]:* Power of Attorney
granted to Mr. <u>Carlos Dorado</u>
*[Signature]*

STATEMENTS

I. THE ASSIGNOR STATES:

a) To be Mexican, of legal age, and to be in full possession of her faculties and rights, therefore there is no hindrance to celebrate this agreement.

b) That Mrs. Mara Cristina Teresa Romeo Pinedo has the legal powers and faculties needed to truly sign this agreement in representation of The Assignor as stated in the Power of Attorney dated on May 28, 2003, granted in the city of Mexico, D.F., before the Notary Public Jose Higinio Nuñez y Bandera, Notary Public in the Notary's Office number one hundred and twelve in the Mexico Federal District.

*[Signature]*

c) To be the Holder of all the rights derived from the Domain Names and/or Commercial Ads and/or the Registered Marks and/or Trademark Applications stated in Annex A (herein referred to as "THE TRADEMARKS")

II. THE ASSIGNEE STATES:

a) To be a Legal Entity duly established pursuant to the laws of Panama and to have the main address at Calle Aquilino de la Guardia No. 8 Edificio Igra, City of Panama, Panama

b) That Mr. Carlos Rafael Dorado Fernandez has the legal powers and faculties needed to truly sign this agreement in representation of The Assignee pursuant to Public Deed No. 5677 dated on December 14,

*[Handwriting]:* We have the deed
No. 3431 dated on 03/11/2005

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

2004 before the Notary Public No. 9 of the City of Panama, Att. Rafael
Fernandez Lara.

c) That she wishes to acquire all the rights, titles, and interests derived from The
Trademarks.

**II.** BOTH PARTIES STATE:

a) That they acknowledge each other's capacity to enter this agreement.
b) That they are in agreement regarding the terms and conditions under which
the assignment of rights of The Trademarks is done in favor of The Assignee.

c) That they wish to commit themselves pursuant to the statements herein as
well as in the following clauses:

*[Stamp]*

# CLAUSES

**FIRST.-**The parties agree that pursuant to this agreement, The Assignor assigns, sells, and transfers to The
Assignee, her successors, assignees or legal representatives, the comprehensive and exclusive rights of title
and interest of The Trademarks, with no reservation of any right on them. It is expressly agreed and
understood that in case The Assignor is the owner of any other trademark or application of trademark
including the name "FRIDA KAHLO", it shall be understood that this agreement includes it.

**SECOND.-** As compensation for the rights that The Assignee *[sic]* is assigning, selling and transferring to The
Assignee, this last one is committed to pay The Assignor an amount of money that the parties shall keep as
confidential.

**THIRD.-** All the expenses created by or derived from requesting and obtaining the execution of this agreement
before the Mexican Institute of Industrial Property shall be covered by The Assignee.

**FOURTH.-** Any and all disputes arising from the interpretation or fulfillment of this agreement, shall be addressed
to the court of the City of Mexico, Federal District, therefore the parties expressly renounce to any other jurisdiction
that may correspond them regarding the current or future address.

**FIFTH.-** Both parties expressly authorize the Attorneys at Law Jose F. Hinojosa Cuellar, Martin Michaus Romero,
Eduardo Kleinberg Druker, Ernesto Gomez Ferruzca, and Adolfo Athie

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

*[Stamp]*

Cervantes to together or separately, sign and/or terminate the inscription of this agreement before the Mexican Institute of Industrial Property.

This agreement was read by both parties, and they understand its content, legal meaning, and scope, and there not being any hindrance for its execution and fulfillment, they sign in triplicate in the City of Queretaro, Queretaro, on May 25, 2007.

_____*[Signature]*_____
**MARA CRISTINA TERESA ROMEO PINEDO**                              *[Signature]*

ASSIGNOR

*[Stamp]*

_____*[Signature]*_____
**FRIDA KAHLO CORPORATION**

ASSIGNEE

_____                    _____
            Witness                                                      Witness

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

IN THE CITY OF SANTIAGO DE QUERETARO, STATE OF QUERETARO ARTEAGA May 25th twemty-fifth, 2007 two thousand and seven, before me, ATTORNEY ESTELA DE LA LUZ GALLEGOS BARREDO, Notary Public acting in the Notary Public's Office number 31 thirty-one of this judicial district, whose main Notary Public is Mr. Attorney JOSE LUIS GALLEGOS PEREZ; APPEARS: Mrs. ISOLDA PINEDO KAHLO, represented in this act by her daughter, Mrs. MARA CRISTINA TERESA ROMEO PINEDO, and states that she appears to ratify the content and signature included in the previous document, as it is her proper handwriting and the one that she uses in all her official and personal matters, having issued the Record number 21810 twenty-one thousand, eight hundred and ten, volume CDXXXVII roman of the records of this Notary's Office. --------------------------------------------------------------------------

---------------------------------------------- **L E G A L  C A P A C I T Y** ----------------------------------------------
Mrs. **MARA CRISTINA TERESA ROMEO PINEDO** demonstrates her legal capacity with Public Deed number 54.959 fifty-four thousand, nine hundred and fifty-nine, dated on the 28 twenty-eighth of May of 2003 two thousand and tree, before the Attorney Jose Higinio Nuñez y Bandera, Notary Public number 112 one hundred and twelve of the City of Mexico, Federal District, in which was executed the General Power of Attorney for Legal Actions and Collection, Acts of Management and Ownership granted by **ISOLDA PINEDO KAHLO** in favor of her daughter, Mrs. **MARA CRISTINA TERESA ROMEO PINEDO**, the appearing party states under penalty of perjury, that the faculties conferred are not modified, revoked nor limited in any way, also stating, the physical existence of her represented party. **WITH RESPECT TO HER LEGAL STATUS.-** The appearing party states to be Mexican, of legal age, up to date in tax payment without proof, having been born on the September 8th eighth 1953 nineteen  fifty-three, housewife, and to reside in Solana numero 120, Fraccionamiento Villas del meson, Juriquilla, Queretaro, identifying herself with a document attached as a copy to the appendix of this instrument.
**I, THE NOTARY PUBLIC CERTIFY.-** To know the appearing party who I consider to be legally capable to take part in this act, without any evidence to the contrary, that the prior was read and the content, scope and legal force was explained, therefore, she ratified and signed in agreement before me.- **I ATTEST.** -----

*[Signature]*

**ISOLDA PINEDA KAHLO,** represented by
Mrs. **MARA CRISTINA TERESA ROMEO PINEDO**

*[Signature]*                              *[Stamp]*

BEFORE ME
ATT. ESTELA DE LA LUZ GALLEGOS BARREDO
NOTARY PUBLIC ACTING IN THE NOTARY
PUBLIC'S OFFICE NUMBER 31 THIRTY-ONE
GABE-701026-DEA

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

Annex A
Registry of Trademarks

*[Stamp]*

| REGISTRATION No. | DENOMINATION | TYPE | COUNTRY |
|---|---|---|---|
| 2999526 | FRIDA KAHLO | 25 | USA |
| 4952011 | FRIDA KAHLO | 3, 9, 14, 16, 18 AND 25 | JAPAN |
| 4413803 | FRIDA KAHLO | 3, 9, 14., 16, 18, 25 AND 33 | EUROPEAN COMMUNITY |
| 4589181 | FRIDA KAHLO | 28 | EUROPEAN COMMUNITY |
| 34732 | PASION POR LA VIDA | 33 | MEXICO |
| 4965736 | FRIDA KAHLO | 28 | JAPAN |
| 3047286 | FRIDA KAHLO | 9 | USA |

*[Signature]*

Trademark Application

| REGISTRATION No. | DENOMINATION | TYPE | COUNTRY |
|---|---|---|---|
| 1154940 | FRIDA KAHLO | 3, 9, 14, 16 AND 25 | CANADA |
| 1252479 | FRIDA KAHLO | 28 | CANADA |
| 1237066 | FRIDA KAHLO | 18 and 33 | CANADA |
| 456.294/76 | FRIDA KAHLO | 16 | USA |
| 782.018/78 | FRIDA KAHLO y Diseño | 33 | USA |
| 782.038/78 | FRIDA KAHLO y Diseño | 33 | USA |
| 782.031/78 | FRIDA KAHLO y Diseño | 33 | USA |
| 742.665/8 | PASION POR LA VIDA | 33 | USA |
| 652044/78 | FRIDA KAHLO | 28 | USA |
| 652026/78 | FRIDA KAHLO | 34 | USA |
| 651962/78 | FRIDA KAHLO | 33 | USA |
| 651992/78 | FRIDA KAHLO | 18 | USA |
| 910.000/78 | FRIDA KAHLO | 32 | USA |
| 456.296/76 | FRIDA KAHLO | 3 | USA |
|  | FRIDA KAHLO | 33 | COSTA RICA |
| 2007-11202 | FRIDA KAHLO | 33 | DOMINICAN REPUBLIC |
| 5122038 | FRIDA KAHLO | 25 | CHINA |
|  | FRIDA KAHLO | 33 | CHINA |
| 852591 | FRIDA KAHLO | 21 | MEXICO |
| 852592 | FRIDA KAHLO | 27 | MEXICO |
| ND 3630 | FridaKahlo.eu | INTERNET | EUROPEAN COMMUNITY |

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

| 853301 | FRIDA KAHLO | 20 | MEXICO |
|--------|-------------|----|--------|
|        | FRIDA KAHLO | 33 | JAPAN |
|        | FRIDA KAHLO | 34 | USA |
|        | FRIDA KAHLO | 34 | CANADA |
|        | FRIDA KAHLO | 34 | EUROPEAN COMMUNITY |
|        | FRIDA KAHLO | 43 | USA |
|        | FRIDA KAHLO | 43 | CANADA |

*[Signature]*

*[Stamp]*

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman



## CONTRATO DE CESIÓN DE DERECHOS

CONTRATO DE CESIÓN DE DERECHOS QUE CELEBRAN POR UNA PARTE ISOLDA PINEDO KAHLO POR SU PROPIO DERECHO (EN LO SUCESIVO DENOMINADO "LA CEDENTE") REPRESENTADA EN ESTE ACTO POR LA SRA. MARA CRISTINA TERESA ROMEO PINEDO Y POR OTRA PARTE FRIDA KAHLO CORPORATION, REPRESENTADA EN ESTE CONTRATO POR EL SR. CARLOS RAFAEL DORADO FERNÁNDEZ (EN LO SUCESIVO DENOMINADA "LA CESIONARIA")

*→ poder otorgado al Sr. Carlos Dorado. ✱*

# DECLARACIONES
### I. DECLARA LA CEDENTE:

   a) Ser de nacionalidad Mexicana, ser mayor de edad y encontrase en pleno uso y goce de sus facultades y derechos por lo que no tiene impedimento alguno para celebrar el presente contrato.
   b) Que la Sra. Mara Cristina Teresa Romeo Pinedo cuenta con la capacidad y facultades legales necesarias para suscribir válidamente el presente convenio en representación de La Cedente según consta El poder tiene fecha del 28 de mayo de 2003 otorgado en la ciudad de México, D.F, ante el notario José Higinio Nuñez y Bandera, titular de la notaría numero ciento doce de México Distrito federal.
   c) Ser Titular De Todos Los Derechos Derivados de los Nombres de Dominio y/o Avisos Comerciales y/o Las Marcas Registradas y/o Solicitudes de Marca Señaladas En El Anexo A" (En Lo Sucesivo Denominada "LAS MARCAS")

### II. DECLARA LA CESIONARIA:

   a) Ser un Persona Moral legalmente constituida conforme a las leyes de Panamá y que tiene su domicilio principal en -Calle Aquilino de la Guardia No. 8 Edificio Igra, ciudad de Panamá, Panamá
   b) Que el Señor Carlos Rafael Dorado Fernández cuenta con la capacidad y con las facultades legales necesarias para suscribir válidamente el presente convenio en representación de La Cesionaria conforme al testimonio de la Escritura Pública No. 5,677 de fecha 14 de Diciembre

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

*✱ Contamos con la escritura No. 3431 de fecha 11.03.2005*

de 2004 ante el Notario Público No. 9 de la Ciudad de Panamá, Lic.
Rafael Fernández Lara.

c) Que es su deseo adquirir todos los derechos, títulos e intereses derivados
de Las Marcas.

## II. AMBAS PARTES DECLARAN:

a) Que reconocen mutuamente la personalidad con que comparecen.

b) Que han llegado a un acuerdo respecto de los términos y condiciones bajo
los cuales se realizara la transmisión de los derechos de Las Marcas en favor
de La Cesionaria.

c) Que es su voluntad obligarse de conformidad con las presentes declaraciones
así como con las siguientes cláusulas:

# C L A U S U L A S

**PRIMERA.-** Las partes acuerdan que por virtud del presente contrato La Cedente, cede, vende y transfiere a La Cesionaria, sus sucesores, cesionarias u otros representantes legales, los derechos completos y exclusivos, título e interés de Las Marcas, no reservándose derecho alguno sobre las mismas. Queda expresamente acordado y entendido que en caso de que La Cedente sea propietario de cualquier otra marca o solicitud de marca que incluya la denominación "FRIDA KAHLO", se entenderá que el presente contrato la incluye.

**SEGUNDA.-** Como contraprestación por los derechos que La Cesionaria le está cediendo, vendiendo y transfiriendo a La Cesionaria, ésta se obliga a pagar a La Cedente una cantidad en dinero que las partes mantendrán como confidencial.

**TERCERA.-** Todos los gastos que se generen o en que se incurran por solicitar y obtener la inscripción de este contrato ante el Instituto Mexicano de la Propiedad Industrial serán cubiertos por La cesionaria.

**CUARTA.-** Cualquier y toda disputa que surja por la interpretación o cumplimiento de este contrato, será dirigida ante los tribunales de la ciudad de México, distrito federal, por lo que las partes en forma expresa renuncian a cualquier otra jurisdicción que pudiere corresponderles por razón de su domicilio actual o futuro.

**QUINTA.-** Ambas partes facultan expresamente a los señores licenciados en derecho José F. Hinojosa Cuellar, Martín Michaus Romero, Eduardo Kleinberg Druker, Ernesto Gómez Ferruzca y Adolfo Athié

UNIVERSAL TRANSLATION SERVICES
Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman



Cervantes Para que conjunta o separadamente, inscriban y/o cancelen la inscripción el presente contrato ante el Instituto Mexicano de la Propiedad Industrial.

Leído que fue por ambas partes el presente contrato y enteradas de su contenido, significado y alcance legal, no habiendo vicio alguno que impida su celebración y debido cumplimiento, lo firman por triplicado en la Ciudad de Querétaro, Querétaro a los 25 días del mes de mayo de 2007.

**MARA CRISTINA TERESA ROMEO PINEDO**

CEDENTE

**FRIDA KAHLO CORPORATION**

CESIONARIO

_____          _____

Testigo                          Testigo

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

EN LA CIUDAD DE S|ANTIAGO DE QUERETARO, ESTADO DE QUERETARO ARTEAGA, a los 25 veinticinco días del mes de mayo del año 2007 dos mil siete, ante mi, LICENCIADA ESTELA DE LA LUZ GALLEGOS BARREDO, Notario Público Adscrita a la Notaría Pública número 31 Treinta y Uno de este distrito judicial, de la que es Titular el señor Licenciado JOSE LUIS GALLEGOS PEREZ; C O M P A R E C E: La señora ISOLDA PINEDO KAHLO, representada en este acto por su hija, la señora MARA CRISTINA TERESA ROMEO PINEDO, y me manifiesta que viene para el efecto de ratificar el contenido y la firma que calza en el documento que antecede, por haber sido puesta de su puño y letra, y ser la que utilizan para todos sus asuntos oficiales y personales, habiéndose levantado el acta Número 21,810 veintiún mil ochocientos diez, del tomo CDXXXVII romano del protocolo de esta Notaria.------------------------------------------------------------------------------------------------------
------------------------------------------P E R S O N A L I D A D ------------------------------------------
La señora MARA CRISTINA TERESA ROMEO PINEDO acredita su personalidad con el tercer testimonio de la Escritura Pública número 54,959 cincuenta y cuatro mil novecientos cincuenta y nueve, de fecha 28 veintiocho de mayo de 2003 dos mil tres, pasada ante la fe del Licenciado José Higinio Nuñez y Bandera, Notario Público número 112 ciento doce de la Ciudad de México, Distrito Federal, en la que se hizo constar el Poder General para Pleitos y Cobranzas, Actos de Administración y de Dominio que otorgó la señora ISOLDA PINEDO KAHLO a favor de su hija, la señora MARA CRISTINA TERESA ROMEO PINEDO, manifestando la compareciente bajo protesta de decir verdad, que las facultades que le fueron conferidas no le han sido modificadas, revocadas o limitadas en forma alguna, afirmando además, la existencia física de su representada.
POR SUS GENERALES.- La compareciente manifestó ser mexicana por nacimiento, mayor de edad, al corriente en el pago de sus impuestos sin acreditarlo, haber nacido el día 8 ocho de septiembre de 1953 mil novecientos cincuenta y tres, dedicada a su hogar, con domicilio en La Solana número 120 ciento veinte, Fraccionamiento Villas del Mesón, Juriquilla, Querétaro identificándose con el documento que en copia simple agrego al apéndice de este instrumento.
YO, LA NOTARIO, CERTIFICO.- Conocer a la compareciente a quien conceptúo con capacidad legal para intervenir en este acto, ya que nada me consta en contrario, que se dio lectura a lo anterior y expliqué su contenido, alcance y fuerza legal, luego de lo cual, lo ratificó y firmó de conformidad ante mi presencia.- DOY FE.---------------------------------------------------------------------------

ISOLDA PINEDO KAHLO, representada por
la señora MARA CRISTINA TERESA ROMEO PINEDO

ANTE MI:
LIC. ESTELA DE LA LUZ GALLEGOS BARREDO
NOTARIO PÚBLICO ADSCRITO A LA NOTARIA
PUBLICA NUMERO 31 TREINTA Y UNO.-
GABE-701026-DEA

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

## Anexo A

Registros de Marca

| REGISTRO No. | DENOMINACIÓN | CLASE | PAÍS |
|---|---|---|---|
| 2999526 | FRIDA KAHLO | 25 | E.U.A. |
| 4952011 | FRIDA KAHLO | 3, 9, 14, 16, 18 Y 25 | JAPÓN |
| 4413803 | FRIDA KAHLO | 3, 9, 14, 16, 18, 25 Y 33 | COMUNIDAD EUROPEA |
| 4589181 | FRIDA KAHLO | 28 | COMUNIDAD EUROPEA |
| 34732 | PASIÓN POR LA VIDA | 33 | MEXICO |
| 4965736 | FRIDA KAHLO | 28 | JAPÓN |
| 3047286 | FRIDA KAHLO | 9 | E.U.A. |

Solicitudes de Marca

| EXPEDIENT E No. | DENOMINACIÓN | CLASE | PAÍS |
|---|---|---|---|
| 1154940 | FRIDA KAHLO | 3, 9, 14, 16 Y 25 | CANADÁ |
| 1252479 | FRIDA KAHLO | 28 | CANADA |
| 1237066 | FRIDA KAHLO | 18 y 33 | CANADA |
| 76/456,294 | FRIDA KAHLO | 16 | E.U.A. |
| 78/782,018 | FRIDA KAHLO y Diseño | 33 | E.U.A. |
| 78/782,038 | FRIDA KAHLO y Diseño | 33 | E.U.A. |
| 78/782,031 | FRIDA KAHLO y Diseño | 33 | E.U.A. |
| 78/742,665 | PASION POR LA VIDA | 33 | E.U.A. |
| 78/652044 | FRIDA KAHLO | 28 | E.U.A. |
| 78/652026 | FRIDA KAHLO | 34 | E.U.A. |
| 78/651962 | FRIDA KAHLO | 33 | E.U.A. |
| 78/651992 | FRIDA KAHLO | 18 | E.U.A. |
| 78/910,000 | FRIDA KAHLO | 32 | E.U.A. |
| 76/456,296 | FRIDA KAHLO | 3 | E.U.A. |
| | FRIDA KAHLO | 33 | COSTA RICA |
| 2007-11202 | FRIDA KAHLO | 33 | REP. DOMINICANA |
| 5122038 | FRIDA KAHLO | 25 | CHINA |
| | FRIDA KAHLO | 33 | CHINA |
| 852591 | FRIDA KAHLO | 21 | MEXICO |
| 852592 | FRIDA KAHLO | 27 | MEXICO |
| ND-3630 | Fridakahlo.eu | INTERNET | COMUNIDAD EUROPEA |
| 853301 | FRIDA KAHLO | 20 | MEXICO |
| | FRIDA KAHLO | 33 | JAPÓN |
| | FRIDA KAHLO | 34 | E.U.A. |
| | FRIDA KAHLO | 34 | CANADÁ |
| | FRIDA KAHLO | 34 | COMUNIDAD EUROPEA |
| | FRIDA KAHLO | 43 | E.U.A |
| | FRIDA KAHLO | 43 | CANADÁ |

UNIVERSAL TRANSLATION SERVICES
801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman