# Exhibit "C"



# CERTIFICATION OF TRANSLATION

**Project number: S-185006**

**Name of files: Mara Romeo Pineda Translation (additional) / Samantha Roque**

**Job performed on: 08-06-2021**

**Translation from language: Spanish**

**Translation into language: English**

**Translation performed by: Maximo A. Olivera**

**Date of certification: June 8, 2021**

Universal Translation Services, a professional translation company, declares that the attached document(s) are stamped and signed by us and translated by qualified and professional translators, fluent in the above mentioned languages. In our best judgement, the translated text truly reflects the content, meaning and translation of the attached documents and / or copies that the client provide us with.

A validation procedure was performed by us, which confirms that the provided language translation is complete and accurate. The document hasn't been translated by a family member, friend or business associate.

By signing this Certification of Translation, Universal Translation Services declares that the translation is a true reflection of the source file(s). We do not guarantee that the original document is a genuine document or that the statements contained in the original document are true.

Universal Translation Services assumes no liability for the way the translation is used by the customer or any third party.

A.H.J Huisman, Managing Director
Universal Translation Services

Corporate ATA Member number 260038

- Head Office USA:   Phone: 1-844-wetranslate | Address: 20801 Biscayne Blvd, Suite 403, Aventura, Florida 33180
- Office Spain: Phone: +34-951-406-81 | Address: Calle Buenos Aires 3, 35002, Las Palmas
- Office U.K.:   Phone: +44-20-3807-3275219 | Address: Kensington Street, Kensington W8 6bd, London
- Other US Offices: Commerce – San Francisco – Washington – Chicago – Boston – Las Vegas – Houston – Dallas – Seattle – Philadelphia

# SUCRE | ARIAS | REYES
LAWYERS LAWYERS
1969

PA142030

| CORRECTION APPLICATION | **LARGE CLAIMS ORDINARY PROCEEDING** |
|---|---|
| | **MARA CRISTINA TERESA ROMEO PINEDO** |
| | Vs |
| | **FRIDA KAHLO CORPORATION; ARELYS QUIROZ** |

**JUDGE OF THE THIRD CIVIL CIRCUIT OF THE FIRST JUDICIAL CIRCUIT OF PANAMA-E.S.D**:

We, SUCRE, ARIAS & REYES, practicing attorneys, with offices in the building of the same name, located at the corner of Ricardo Arango Avenue and East 61st Street, Obarrio, Panama City, acting initially as official representatives of Mrs. MARA CRISTINA TERESA ROMEO PINEDO, Mexican woman, holder of the Federal Voters' Registration Card No. 78988446-1993, residing at Nicolas San Juan #506, Colonia del Valle, Colonia del Valle CP 03100, Mexico City, D.F., Mexico, today as attorneys-in-fact of this same person, we respectfully appear to present, in compliance with the order in Proceeding No. P4-0105-15/001-15, CORRECTION APPLICATION against the company named FRIDA KAHLO CORPORATION, constituted under the laws of the Republic of Panama, and registered in fiche 470712, Document 709217, of the Commercial Section of the Public Registry, with domicile in Bella Vista, Ave. Manuel Espinosa, IBC Tower, Ground Floor, Local 6, Panama City, as established in its Articles of Incorporation, whose Legal Representative is Mr. CARLOS DORADO, resident at Ave. Urdaneta, Camoruco Building, Aminas a Platanal, Caracas, Venezuela; and against Mrs. ARELYS QUIROZ, whose general and domicile we swear we do not know at the time of filing the original complaint, but who we have recently learned can be located at Ave. Balboa (Cinta Costera), Galerias Balboas building, Ground Floor, Local 2, Panama City, Republic of Panama, in order that through the proceedings of **ORDINARY PROCEEDING THE FOLLOWING CLAIMS** be made:

1. That the decision made on December 09, 2011, recorded in public deed No. 10,576 on December 13, 2011, contrary to what it states, did not have the approval of all the shareholders of FRIDA KAHLO CORPORATION, nor with the directors and therefore it is null.

P.O. Box 081601832, Panama
Sucre, Arias & Reyes Building, Ave. Ricardo Arango and Calle 61, Obarrio
Tel. +507 204 7900 / Fax +507 264 1168 / sucre@sucre.net / www.sucre.net
PANAMA    BVI    BELIZE    BAHAMAS    ANGUILLA

1

[Stamp: UNIVERSAL TRANSLATION SERVICES, 20801 Biscayne Blvd, Suite 403, Aventura FL 33180, www.universal-translation-services.com, info@universal-translation-services.com, Phone 844-938-7267, AHJ Huisman]

SUCRE | ARIAS | REYES
LAWYERS LAWYERS
1969

PA142030

2. 2. The fact that Mrs. ARELYS QUIROZ in complicity with the president of the company, CARLOS DORADO, has falsely signed that "*The totality of the issued and outstanding shares with voting rights were duly represented in this act*", without this being true, constitutes "JUST CAUSE" to decree the dissolution of the company FRIDA KAHLO CORPORATION.

3. That the dissolution and consequent liquidation of the company FRIDA KAHLO CORPORATION be judicially ordered, in accordance with the proceeding established in the laws of Panama.

4. That the Public Registry of Panama be informed of this decision, so that the corresponding annotations may be made.

5. That those who oppose these declarations be ordered to pay the costs of these proceedings.

**FACTS ON WHICH THIS CLAIM IS BASED**

**FIRST**: FRIDA KAHLO CORPORATION was created on December 14, 2004, by means of Public Deed No. 5,677 on the same day, and registered in fiche 470712, document 709217 of the Commercial Section of the Public Registry.

In accordance with clause SIX of the Articles of Incorporation of FRIDA KAHLO CORPORATION, the Share Registry and other books required by law shall be kept in the Republic of Panama, or any other place determined by the Board of Directors; however, this last determination has not been made.

Also, according to the EIGHTH clause of the Articles of Incorporation of this company, the domicile of the company will be in Bella Vista, Ave. Manuel Espinosa, IBC Tower, Ground Floor, Local 6, Panama City.

**SECOND**: It has not fulfilled the purposes for which it was created, and Mr. CARLOS DORADO has not provided satisfactory information to the other shareholders.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

P.O. Box 081601832, Panama
Sucre, Arias & Reyes Building, Ave. Ricardo Arango and Calle 61, Obarrio
Tel. +507 204 7900 / Fax +507 264 1168 / sucre@sucre.net / www.sucre.net
PANAMA   BVI   BELIZE   BAHAMAS   ANGUILLA

2

SUCRE | ARIAS | REYES
LAWYERS LAWYERS
1969

PA142030

**THIRD**: On December 13, 2011, the minutes of the General Shareholders' Meeting of said company were notarized, in which Mrs. ARELYS QUIROZ stated that "All of the issued and outstanding shares with voting rights were duly represented at this meeting."

**FOURTH**: Mrs. MARA CRISTINA TERESA ROMEO PINEDO, holder of certificate No. 2 for 441 shares, without nominal value of US$ 100.00 each, with the right to one vote for each one in the meetings of shareholders issued to bearer; who was not even aware of the meeting in which according to Mrs. QUIROZ's statement, all the shares of said corporation, with the right to vote, were present. Therefore, she never gave her approval to such a decision.

**FIFTH**: Apart from the aforementioned vice suffered by the decision taken, which we now challenge, the fact that the crime of recording false facts in a public deed to make changes in the structure of the company, without the consent of the shareholders of the company, is evidently just cause for Mrs. MARA CRISTINA ROMERO PINEDA to request the dissolution of the company FRIDA KAHLO CORPORATION, and that its liquidation be carried out.

**SIXTH**: Mrs. MARA CRISTINA TERESA ROMEO PINEDO resides in Mexico City, D.F. and has come to find out these changes in the company FRIDA KAHLO CORPORATION in the last days of November 2014, so it was impossible for her to file this lawsuit before the expiration of the term that the law gives her to challenge corporate acts. Therefore, we were forced to act as official representatives in order to interrupt the statute of limitations.

**SEVENTH**: In our original brief, we promised to present the power of attorney of Mrs. MARA CRISTINA TERESA ROMEO PINEDO within the term that the Law allowed us, promise that we fulfill in this opportunity attaching this document to this brief.

**EIGHTH**: Article 1228 of our Judicial Code establishes that notwithstanding such code allows special processing of a case, the plaintiff may choose the Ordinary Way to process his

P.O. Box 081601832, Panama
Sucre, Arias & Reyes Building, Ave. Ricardo Arango and Calle 61, Obarrio
Tel. +507 204 7900 / Fax +507 264 1168 / sucre@sucre.net / www.sucre.net
PANAMA    BVI    BELIZE    BAHAMAS    ANGUILLA

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267
AHJ Huisman

SUCRE | ARIAS | REYES
LAWYERS LAWYERS
1969

PA142030

claims. Furthermore, according to Article 676 of the Judicial Code, it is viable to accumulate the claims formulated in this lawsuit.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

P.O. Box 081601832, Panama
Sucre, Arias & Reyes Building, Ave. Ricardo Arango and Calle 61, Obarrio
Tel. +507 204 7900 / Fax +507 264 1168 / sucre@sucre.net / www.sucre.net
PANAMA    BVI    BELIZE    BAHAMAS    ANGUILLA

4

## AMOUNT:

We fix the amount of the present proceeding in the amount of FIFTY THOUSAND BALBOAS ONLY (50,000.00 PAB).

## EVIDENCE

a. <u>We adduce as evidence the documentary evidence that was filed together with the original complaint and that is in the file.</u>

1. As it is a public fact that the Public Registry of Panama is not issuing certifications promptly, we present evidence of having requested certification of the existence of FRIDA KAHLO CORPORATION and its legal representation, committing to deliver it as soon as it is issued.

2. We submit a copy of the corporate charter of FRIDA KAHLO CORPORATION, of which we will submit an authenticated copy in due course.

3. We present a copy of the Public Deed No. 10,576 of December 13, 2011, issued in the Eighth Notary Office of the Circuit of Panama, of which we will present an authenticated copy in due course.

4. We present a copy of the share certificate No. 2, for 441 shares of those issued by the company FRIDA KAHLO CORPORATION of which Mrs. MARA CRISTINA TERESA ROMEO PINEDO is the holder; of which we will present an authenticated copy in due course.

b. <u>We hereby comply with our promise to present the Power of Attorney granted by our principal.</u>

c. <u>We adduce on this occasion the following evidence:</u>

1. Certificate from the Public Registry of FRIDA KAHLO CORPORATION regarding its existence and legal representation.

2. Full copy of Mrs. MARA CRISTINA TERESA ROMEO DE HENTSCHEL's passport, duly authenticated and legalized.

P.O. Box 081601832, Panama
Sucre, Arias & Reyes Building, Ave. Ricardo Arango and Calle 61, Obarrio
Tel. +507 204 7900 / Fax +507 264 1168 / sucre@sucre.net / www.sucre.net
PANAMA   BVI   BELIZE   BAHAMAS   ANGUILLA

5

SUCRE | ARIAS | REYES
LAWYERS LAWYERS
1969

PA142030

3. Full copy of Mrs. MARA DE ANDA ROMEO's passport, duly authenticated and legalized.

4. Copy of Stock Certificate No. 2 of FRIDA KAHLO CORPORATION for 441 shares issued in bearer form.

d. <u>REQUEST</u>:

We now request that Mr. CARLOS DORADO and Mrs. ARELYS QUIROZ be summoned to make a statement as a party to the interrogation that we will present to them.

We will make use of other means of evidence in due course.

<u>LAW</u>: Articles 517, 524 et seq. of the Commercial Code; Article 1141 of the Civil Code; FRIDA KAHLO CORPORATION'S Articles of Incorporation; Articles 642, 676, 1228 of the Commercial Code.

From the honorable Judge with all due consideration,

SUCRE, ARIAS & REYES

[signature]
Edgard S. Muñoz M.
ID Card No. 8-388-387

15 MAR 11 03:39 PM

THIRD CIRCUIT COURT

FILED THIS BRIEF TODAY <u>11</u> of <u>March</u> of two thousand and <u>fifteen</u> at <u>3:39</u>

by [signature]

SECRETARY

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

P.O. Box 081601832, Panama
Sucre, Arias & Reyes Building, Ave. Ricardo Arango and Calle 61, Obarrio
Tel. +507 204 7900 / Fax +507 264 1168 / sucre@sucre.net / www.sucre.net
PANAMA    BVI    BELIZE    BAHAMAS    ANGUILLA

# SUCRE | ARIAS | REYES
### ABOGADOS  LAWYERS
#### 1969

PA142030

**CORRECCIÓN DE DEMANDA**        **PROCESO ORDINARIO DE MAYOR CUANTÍA**

**MARA CRISTINA TERESA ROMEO PINEDO**
**Vs**

**FRIDA KAHLO CORPORATION; ARELYS QUIROZ**

**SEÑORA JUEZ TERCERA DE CIRUCITO DE LO CIVIL DEL PRIMER CIRCUITO JUDICIAL DE PANAMÁ-E.S.D:**

Nosotros, SUCRE, ARIAS & REYES, abogados en ejercicio, con oficias en el edificio del mismo nombre, ubicados en la esquina que hacen la avenida Ricardo Arango y la Calle 61 Este, Obarrio, ciudad de Panamá, actuando inicialmente como gestores oficiosos de la señora **MARA CRISTINA TERESA ROMEO PINEDO**, mujer mejicana, portadora de la Credencial del Registro Federal de Electores No.78988446-1993, residente en Nicolás San Juan #506, Colonia del Valle CP 03100, México D.F., hoy como apoderados de esta misma persona, respetuosamente comparecemos a presentar, en cumplimiento de lo ordenado en el Auto No.P4-0105-15/001-15, **CORRECCIÓN DE DEMANDA** contra la sociedad denominada **FRIDA KAHLO CORPORATION**, constituida bajo las leyes de la República de Panamá, e inscrita a ficha 470712, Documento 709217, de la Sección de Mercantil del Registro Público, con domicilio en Bella Vista, Ave. Manuel Espinosa, Torre IBC, PB, Local 6, ciudad de Panamá, según lo establece su pacto social, cuyo Representante Legal es el señor CARLOS DORADO, residente en Avenida Urdaneta, Edificio Camoruco, Aminas a Platanal, Caracas Venezuela; y contra la señora **ARELYS QUIROZ**, de generales y domicilio que juramos desconocer al momento de la presentación de la demanda original, pero que recientemente hemos conocido que puede ser localizada en Avenida Balboa (Cinta Costera), edificio Galerias Balboas, Planta Baja, Local 2, Ciudad de Panamá, República de Panamá, a fin de que mediante los trámites del **PROCESO ORDINARIO** se hagan **LAS SIGUIENTES DECLARACIONES**:

1. Que la decisión tomada el día 9 de diciembre de 2011, consignada en escritura pública No. 10,576 de 13 de diciembre de 2011, contrariamente a lo que la misma afirma, no contó con la aprobación de la totalidad de los accionistas de la sociedad FRIDA KAHLO CORPORATION, ni con los directores y por tanto es nula.

P.O. Box 0816 01832, Panamá,
Edificio Sucre, Arias & Reyes, Avenida Ricardo Arango y Calle 61, Obarrio
Teléfono +507 204 7900 / Fax +507 264 1168 / sucre@sucre.net / www.sucre.net
PANAMÁ    BVI    BELIZE    BAHAMAS    ANGUILLA

1

**SUCRE | ARIAS | REYES**
ABOGADOS   LAWYERS
1969

PA142030

2. El Hecho de que la señora ARELYS QUIRÓZ en complicidad con el señor presidente de la sociedad, CARLOS DORADO, haya afirmado falsamente que "*La totalidad de las acciones emitidas y en circulación con derecho a voto estuvieron debidamente representadas en este acto*", sin que ello sea cierto, constituye "LEGITIMA CAUSA" para decretar la disolución de la sociedad FRIDA KAHLO CORPORATION.

3. Que se ordene judicialmente la disolución, y consecuente liquidación, de la sociedad FRIDA KAHLO CORPORATION, conforme al procedimiento establecido en las Leyes de Panamá.

4. Que se comunique al Registro Público de Panamá, esta decisión, a fin de que se hagan las anotaciones correspondientes.

5. Que se condene a quienes se opongan a estas declaraciones a pagar las costas de este proceso.

### HECHOS EN QUE FUNDAMENTAMOS ESTA DEMANDA

**PRIMERO**: La sociedad FRIDA KAHLO CORPORATION fue creada el 14 de diciembre de 2004, mediante Escritura Pública No. 5,677 de ese mismo día, e inscrita a ficha 470712, documento 709217 de la Sección Mercantil del Registro Público.

De acuerdo a la cláusula SEXTA del pacto social de FRIDA KAHLO CORPORATION el Registro de Acciones y demás libros exigidos por la Ley serán llevados en la República de Panamá, o cualquier otro lugar que determine la Junta Directiva; sin embargo, esta última determinación no se ha efectuado.

También, de acuerdo a la cláusula OCTAVA del pacto social de esta sociedad el domicilio de la sociedad estará en Bella Vista, Ave. Manuel Espinosa, Torre IBC, PB, Local 6, ciudad de Panamá.

**SEGUNDO**: La misma no ha cumplido los fines para los que fue creada y el señor CARLOS DORADO no ha brindado información satisfactoria a los demás accionistas.

**TERCERO**: El día 13 de diciembre de 2011, se protocoliza un Acta de reunión de Junta General de Accionistas de dicha sociedad en donde la señora ARELYS QUIRÓZ, afirma que "La

P.O. Box 0816 01832, Panamá,
Edificio Sucre, Arias & Reyes, Avenida Ricardo Arango y Calle 61, Obarrio
Teléfono +507 204 7900 / Fax +507 264 1168 / sucre@sucre.net / www.sucre.net
PANAMÁ   BVI   BELIZE   BAHAMAS   ANGUILLA

2

UNIVERSAL TRANSLATION SERVICES
2080 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267
AHJ Huisman

SUCRE | ARIAS | REYES
ABOGADOS   LAWYERS
1969

PA142030

totalidad de las acciones emitidas y en circulación con derecho a voto, estuvieron debidamente representadas en esta acto."

**CUARTO**: La señora MARA CRISTINA TERESA ROMEO PINEDO, tenedora del certificado No. 2 por 441 acciones, sin valor nominal de US$100.00 cada una, con derecho a un voto por cada una en las reuniones de accionistas emitidas al portador; quien ni siquiera tuvo conocimiento de la reunión en la que según el dicho de la señora QUIRÓZ estuvieron presente todas las acciones de dicha sociedad, con derecho a voto. Por tanto, jamás dio su aprobación a tal decisión.

**QUINTO:** Aparte del vicio anotado de que adolece la decisión tomada, que ahora impugnamos, el hecho de que se haya incurrido en el delito de consignar en una escritura Pública hechos falso para hacer cambios en la estructura de la sociedad, sin el consentimiento de los accionistas de la sociedad, constituye evidentemente, una legítima causa para que la señora MARA CRISTINA ROMERO PINEDA solicite la disolución de la sociedad FRIDA KAHLO CORPORATION, y que se lleve a cabo su liquidación.

**SEXTO:** La señora MARA CRISTINA TERESA ROMEO PINEDO reside en México D.F. y ha venido a enterarse de estos cambios en la sociedad FRIDA KAHLO CORPORATION en los últimos días del mes de noviembre del 2014, por lo que le era imposible presentar esta demanda antes de que venza el término que la Ley le da para impugnar actos societarios. Por lo tanto, nos vimos precisados a actuar como gestores oficiosos a fin de interrumpir tal prescripción.

**SEPTIMO**: En nuestro escrito de demanda original nos comprometimos a presentar el poder de la señora MARA CRISTINA TERESA ROMEO PINEDO dentro del término que la Ley nos permitía, promesa que cumplimos en esta oportunidad adjuntando este documento a este escrito.

**OCTAVO**: El artículo 1228 de nuestro Código Judicial establece que no obstante dicho código permita una tramitación especial a una causa, el demandante podrá escoger la Vía Ordinaria para

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267
AHJ Huisman

P.O. Box 0816 01832, Panamá,
Edificio Sucre, Arias & Reyes, Avenida Ricardo Arango y Calle 61, Obarrio
Teléfono +507 204 7900 / Fax +507 264 1168 / sucre@sucre.net / www.sucre.net
PANAMÁ    BVI    BELIZE    BAHAMAS    ANGUILLA

3

# SUCRE | ARIAS | REYES
### ABOGADOS   LAWYERS
#### 1969

PA142030

que se tramite sus pretensiones. Además, conforme al artículo 676 del Código Judicial es viable acumular las pretensiones formuladas en esta demanda.

### CUANTÍA:

Fijamos la cuantía del presente proceso en la suma de CINCUENTA MIL BALBOAS SOLAMENTE (B/.50,000.00).

### PRUEBAS

a. <u>Aducimos como pruebas las documentales que se presentaron junto con la demanda original y que constan en el expediente.</u>

1. Como quiere que es un hecho público que el Registro Público de Panamá no está expidiendo certificaciones con rapidez, presentamos constancia de haber solicitado certificación sobre la existencia de FRIDA KAHLO CORPORATION y de su representación legal, comprometiéndonos a entre garla tan pronto se expida.

2. Presentamos copia del pacto social de la sociedad FRIDA KAHLO CORPORATION, del cual presentaremos copia autenticada oportunamente.

3. Presentamos copia de la Escritura Pública No. 10,576 de 13 de diciembre de 2011, emitida en la Notaría Octava del Circuito de Panamá, de la cual presentaremos copia autenticada oportunamente.

4. Presentamos copia del Certificado de Acciones No. 2, por 441 acciones, de las emitidas por la sociedad FRIDA KAHLO CORPORATION delos cuales es tenedora la seora MARA CRISTINA TERESA ROMEO PINEDO; de las que presentaremos copia autenticada oportunamente.

b. <u>Cumplimos por este medio con nuestra promesa de presentar el Poder otorgado por nuestra mandante.</u>

c. <u>Aducimos en esta oportunidad las siguiente pruebas:</u>

1. Certificado del Registro Público sobre la sociedad FRIDA KAHLO CORPORATION en cuanto a su existencia y representación legal.

P.O. Box 0816 01832, Panamá,
Edificio Sucre, Arias & Reyes, Avenida Ricardo Arango y Calle 61, Obarrio
Teléfono +507 204 7900 / Fax +507 264 1168 / sucre@sucre.net / www.sucre.net
PANAMÁ    BVI    BELIZE    BAHAMAS    ANGUILLA

4

# SUCRE | ARIAS | REYES
### ABOGADOS  LAWYERS
#### 1969

PA142030

2. Copia integra del pasaporte de la señora MARA CRISTINA TERESA ROMEO DE HENTSCHEL, debidamente autenticada y legalizada.

3. Copia integra del pasaporte de la señora MARA DE ANDA ROMEO, debidamente autenticada y legalizada.

4. Copia del Certificado de Acciones No.2 de la sociedad FRIDA KAHLO CORPORATION por 441 acciones emitido Al Portador.

d. SOLICITUD:

Desde ahora solicitamos que se cite a los señores CARLOS DORADO y a la señora ARELYS QUIRÓZ para que rindan Declaración de Parte a tenor de interrogatorio que le presentaremos.

Oportunamente haremos uso de otros medios de pruebas.

**DERECHO:** Artículos 517, 524 y subsiguientes del Código de Comercio; artículo 1141 del Código Civil; Pacto Social de FRIDA KAHLO CORPORATION; artículos 642; 676; 1228 del Código Judicial.

Del honorable Juez con toda consideración,

SUCRE, ARIAS & REYES

Edgard S. Muñoz M.
Cédula 8-388-387

JUZGADO TERCERO DEL CIRCUITO
PRESENTADO ESTE ESCRITO HOY 11
de Mayo del dos mil Quince
a la 3:39 de la Tarde
Por
EL SECRETARIO

'15 MAR 11 PM 3:39

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267
AHJ Huisman

P.O. Box 0816 01832, Panamá,
Edificio Sucre, Arias & Reyes, Avenida Ricardo Arango y Calle 61, Obarrio
Teléfono +507 204 7900 / Fax +507 264 1168 / sucre@sucre.net / www.sucre.net
PANAMÁ   BVI   BELIZE   BAHAMAS   ANGUILLA

5